**FILED**
2003 JUN 30 A 9: 20
CLERK, US DISTRICT COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARIO VALDES**, individually, and
as personal representative of the
estate of Joy Frances "Frank" Valdes,

      Plaintiff,

v.                                                                  Case No. 3:01-CV-799-J-32MMH

**JAMES V. CROSBY, JR.**, etc.,
et al.,

      Defendants.
_____/

### NON-PARTY DEPARTMENT OF CORRECTIONS' NOTICE OF FILING EXHIBIT "A" AGREEMENT TO BE BOUND BY PROTECTIVE ORDER ENTITLED CONFIDENTIALITY ORDER ON MEDICAL AND MENTAL HEALTH INFORMATION OF NON-PARTY INMATES OR FORMER INMATES OR OTHER PERSONS

      The Department of Corrections hereby gives notice of filing Exhibit "A", Agreement to be bound by Protective Order that is entitled Confidentiality Order on Medical and Mental Health Information of Non-Party Inmates or Former Inmates or Other Persons, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing **NON-PARTY DEPARTMENT OF CORRECTIONS' NOTICE OF FILING EXHIBIT "A" AGREEMENT TO BE BOUND BY PROTECTIVE ORDER ENTITLED THE CONFIDENTIALITY ORDER ON MEDICAL AND MENTAL HEALTH INFORMATION OF NON-PARTY INMATES OR FORMER INMATES OR OTHER PERSONS** has been

163

furnished by U.S. Mail to **GUY BENNETT RUBIN, ESQUIRE AND STUART M. ADDRESS, ESQUIRE,** 520 S. Federal Highway, Stuart, Florida 34994; **KEVIN A BLAZS, ESQUIRE, ROB ELLIS, ESQUIRE, AND ROBERT BLANCHFIELD, ESQUIRE,** 815 S. Main Street, Jacksonville, Florida 32207; **THEODORE R. DORAN, ESQUIRE AND AARON WOLFE, ESQUIRE,** 444 Seabreeze Boulevard, Suite 800, Daytona Beach, Florida 32118; **JEFFREY CRAMER, ESQUIRE,** 1 Independent Drive, #3300, Jacksonville, Florida 32202; **D. ANDREW VLOEDMAN, ESQUIRE,** 2790 N.W. 43RD Street, Suite 200, Gainesville, Florida 32606; **JOHN M. DICKINSON AND RAY POOLE, ESQUIRE,** 200 West Forsyth Street, Suite 1610, Jacksonville, Florida 32202, and by U. S. Mail to **KELLY OVERSTREET JOHNSON, ESQUIRE, AND LAUREEN E. GALEOTO, ESQUIRE,** 215 South Monroe Street, Suite 400, Post Office Box 11300, Tallahassee, Florida 32301; **KIMBERLY L. KING, ESQUIRE AND LESLIE STREET, ESQUIRE,** Post Office Box 10095, Tallahassee, Florida 32302-2095, on this 27th day of June, 2003.

_____
SUSAN A. MAHER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO VALDES, individually, and
as personal representative of the
estate of Joy Frances "Frank" Valdes,

      Plaintiff,

v.                                    Case No. 3:01-CV-799-J-32 HTS

JAMES V. CROSBY, JR., etc.,
et al.,

      Defendants.
_____/

**Exhibit A**

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

The undersigned hereby acknowledges that he/she has read the Confidentiality Order on Medical and Mental Health Information of Non-Party Inmates or Former Inmates or Other Persons entered in this cause, understands the terms thereof, and agrees to be bound by such terms.

Date: _June 27_, 2003

                                  SUSAN A. MAHER
                                  Printed name

                                  _[signature]_
                                  Signature