FILED

2004 JUN 25 P 2: 44

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

MARIO VALDES, INDIVIDUALLY, AND
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOY FRANCIS "FRANK"
VALDES,

        Plaintiff,

vs.

JAMES V. CROSBY, JR., A.D. THORNTON,
TIM GIEBEIG, RONNIE WHITE, CHARLES
SHOCKLEY, TIMOTHY A. THORNTON,
JASON PATRICK GRIFFIS, DEWEY SAULS,
MONTREZ LUCAS, ANDREW LEWIS,
DONALD STANFORD, JIMMIE BURGER,
DENISE MCEACHERN, ROBIN RASH,
MARY HUDNALL, each in his/her
individual Capacity,

        Defendants.

_____/

CASE NO.: 3:01-CV-799-J-32HTS

## NOTICE OF FILING INTERROGATORIES AND DEPOSITIONS IN SUPPORT OF CROSBY'S AND GIEBEIG'S MOTIONS FOR SUMMARY JUDGMENT

COMES NOW, Defendants , James V. Crosby, Jr. and Tim Giebeig, by and through their undersigned attorney and pursuant to all applicable Rules of the Federal Rules of Civil Procedure and hereby give notice of filing the following documents with the Clerk of the above-styled Court.

1.     Copy of Defendants Crosby's and Giebeig's Notice of Serving Interrogatories to Plaintiff and Interrogatories dated January 24, 2003.

2.     Copy of Plaintiff's Answers to First Interrogatories by Defendants, Crosby, Giebeig and A.D. Thornton served on March 6, 2003.

3.     Original Plaintiff's Supplemental Answers to First Interrogatories by Defendants, Crosby, Giebeig and A. D. Thornton served on March 1, 2004.

4.     Original Plaintiff's Second Supplemental Answers to First Interrogatories by Defendants, Crosby, Giebeig and A.D. Thornton served on May 28, 2004.



5.   Certified copy of the deposition transcript of James V. Crosby, Jr. taken May 10, 2004.

6.   Certified copy of the deposition transcript of Tim Giebeig taken May 3, 2004.

7.   Copy of the videotaped deposition transcript of Raymond C. Hanson taken on May 27, 2004.

8.   Original deposition transcript of Patricia McCusker taken on May 10, 2004 (filed with Notice of Filing Deposition Transcripts In Support Of Crosby's and Giebeig's Daubert Motion To Exclude Plaintiff's Corrections/Prison Expert, Chase Riveland, And Incorporated Memorandum Of Law).

9.   Original deposition transcript of Mario Valdes taken on June 3, 2004.


**GOBELMAN, LOVE, GAVIN, BLAZS & WASILENKO**

Kevin A. Blazs, Trial Counsel
Florida Bar No: 0606383
Ronald S. Wasilenko, Trial Counsel
Florida Bar No: 0137510
Robert H. Ellis, Trial Counsel
Florida Bar No. 0152552
Michael D. Kendall, Trial Counsel
Florida Bar No.: 0379440
815 South Main Street, Suite 300
Jacksonville, FL 32207
(904) 393-9007; (904) 393-9050 facsimile
Attorneys for Defendants, Crosby and Giebeig


## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished to **Guy Bennett Rubin, Esquire and Stuart M. Address, Esquire**, Rubin & Rubin, , P.O. Box 395, Stuart, Florida 34995; Attorneys for Plaintiff; **D. Andrew Vloedman, Esquire**, 2790 N.W. 43rd Street, Suite 200, Gainesville, FL, 32606, Attorneys for Lewis; **John F. Dickinson, Esquire and J. Ray Poole, Esquire**, Constangy, Brooks & Smith, P.O. Box 41099, Jacksonville, FL 32203-1099, Attorneys for Defendants, Burger, McEarchern and Hudnall and **Martin Fitzpatrick, Esquire**, P.O. Drawer 11300, Tallahassee, FL

32302, Attorneys for Sauls, Brown, Beck, Stanford, Timothy Thornton and Griffis by U.S. Mail (without filings), this <u>25th</u> day of June, 2004.

_____
Attorney

P:\client\3469\PLEADINGS\3469Notice of Filing  Depo and Interrogs.wpd

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO VALDES, INDIVIDUALLY, AND
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOY FRANCIS "FRANK"
VALDES,

CASE NO.: 3:01-CV-799-J-32HTS

     Plaintiff,

vs.

JAMES V. CROSBY, JR., A.D. THORNTON,
TIM GIEBEIG, RONNIE WHITE, CHARLES
SHOCKLEY, TIMOTHY A. THORNTON,
JASON PATRICK GRIFFIS, DEWEY SAULS,
MONTREZ LUCAS, ANDREW LEWIS,
DONALD STANFORD, JIMMIE BURGER,
DENISE MCEACHERN, ROBIN RASH,
MARY HUDNALL, each in his/her
individual Capacity,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF SERVING
## INTERROGATORIES TO PLAINTIFF

Pursuant to the Federal Rules of Civil Procedure, Defendants, JAMES V. CROSBY, JR.,

A.D. THORNTON, AND TIM GIEBEIG, by counsel, hereby gives notice of serving Interrogatories

to the Plaintiff, MARIO VALDES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF JOY FRANCIS "FRANK" VALDES, consisting of 20 in number, this 24th

day of January, 2003.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished to **Guy Bennett Rubin and Stuart M.**

**Address, Esquire,** *Attorney for Plaintiff,* P.O. Box 395, **Stuart,** Florida 34995; **Stuart Edward**

**Goldenbeg, Esquire,** *Of Counsel for Plaintiff,* 631 US Highway 1, Suite 306, North Palm Beach,

FL 33408-4618; **Kimberly King, Esquire and Leslei G. Street**, Esquire, *Attorneys for Ronnie White and Charles Shockley*, P.O. Box 10095, Tallahassee, Florida 32302-2095; **John F. Dickinson/J. Ray Poole**, *Attorneys for Robin Rash, Mary Hudnall, Denise McEachern, Jimmie Burger and Thomas Edwards*, P.O. Box 41099, Jacksonville, Florida 32203; **Kelly Overstreet Johnson and Laureen Galeoto, Esquire**, *Attorney for Timothy A. Thornton, Jason Patrick Griffis, Dewey Beck, Charles Brown, Robert Sauls and Donald Stanford*, 215 South Monroe Street, Suite 400, Tallahassee, FL 32301, **D. Andrew Vloedman**, *Attorney for Andrew Lewis*, 2790 N.W. 43rd Street, Suite 200, Gainesville, FL 32606 by U.S. Mail, this 24th day of January, 2003.

**GOBELMAN, LOVE, GAVIN, BLAZS & MATHIS**

*[signature]*

Kevin A. Blazs, Esquire
Florida Bar No: 0606383
Ronald S. Wasilenko, Esquire
Florida Bar No: 0137510
Robert H. Ellis, Esquire
Florida Bar No: 152552
Robert E. Blanchfield, Esquire
Florida Bar No.: 0361800
815 S. Main Street, Suite 300
Jacksonville, FL 32207
(904) 393-9007
Attorneys for Defendants, Crosby, Giebeig, and A.D. Thornton

2

## INTERROGATORIES OF DEFENDANT CROSBY, GIEBEIG AND A.D. THORNTON
### I.
### DEFINITIONS

Except as indicated below, the words comprising these interrogatories should be given their natural meanings consistent with the most recent addition of Webster's New Collegiate Dictionary. Unless a specific definition has been provided for in an Interrogatory, the following general definitions apply. Please try to avoid the common tendency to ignore interrogatory definitions as boilerplate. All the definitions provided are an integral part of each and everyone of these Interrogatories, and Defendant's James V. Crosby, Jr. and Tim Giebeig may view any material failure to adhere to these definitions in formulating a response as a failure to answer. The definitions are as follows:

A.      "Plaintiff," "you" or "your" means Mario Valdes and/or his agents, representatives, attorneys, investigators or attorneys' investigators.

B.      "Defendant" and/or "Defendants" refers to Defendant's James V. Crosby, Jr. and Tim Giebeig and each and everyone of its affiliated companies, predecessors, successors, assigns, directors, officers, officials, employees, representatives, attorneys, and/or their agents.

C.      "Complaint" means Plaintiff's Complaint filed in this action in the District Court for the Middle District of Florida on or about July 16, 2001, and originally assigned the Civil Action No. of "3:01-CV-799J21TEM"

D.      The terms "document" or "documents" are intended to have the broadest possible meaning under the Federal Rules of Civil Procedure. Without limiting the meaning, the Rules ascribe to the terms, Defendants intend the terms "document" or "documents" to include any written, recording, film, or graphic matter, whether produced or reproduced on paper, cards, tapes, film, electronic facsimile, computer storage devices, or any other media including, but not limited to, memoranda, notes, minutes, records, photographs, correspondence, telegrams, diaries, bookkeeping entries, financial statements, tax returns, checks, check stubs, reports, studies, charts, graphs, statements, notebooks, handwritten notes, applications, agreements, books, pamphlets, periodicals, appointment calendars, notes, records, and recordings of oral conversations, work papers, and also including, but not limited to, originals and all copies which are different in any way from the original whether by interlineation, receipts stamped, notations, indication of copies sent or received, or otherwise.

E.      The terms "identify" or "describe" when used in reference to an individual person shall generally mean to give sufficient information so that Defendants can determine his or her relevance to the Interrogatory's subject matter and, with reasonable diligence, locate the person and communicate with him or her. A response generally will be adequate if it states his or her:

3

  (1)  full name (or if not known, his or her job title or position and employer);

  (2)  present title or position and business affiliation;

  (3)  the person or business organization he or she was representing or acting for at the time relevant to the specific interrogatory;

  (4)  present business telephone number and address (or last known, with indication of the date of that last knowledge); and

  (5)  present residence, telephone number and address (or last known, with indication of the date of that last knowledge).

F.  The terms "identify" and "describe" when used with reference to a document shall generally mean to provide sufficient information so that Defendants can determine the substance of its contents and, through the exercise of reasonable diligence, determine its present location. A response generally will be adequate if it:

  (1)  states the type of document (e.g., memorandum, employment application, letter, etc.);

  (2)  sets forth its date;

  (3)  identifies the author and, if different, the originator and signer;

  (4)  sets forth the title, heading or other designation, numerical or otherwise, of the documents;

  (5)  sets forth the present or last known location of the document and of each copy;

  (6)  sets forth the general substance of the document;

  (7)  to the extent a document was, but longer is, in your possession or subject to your control, state the disposition which was made of it, the reason for set disposition, and the date thereof; and

  (8)  to the extent that the document is stored in a data processing card, floppy disc, or other computer-related device, identify the hardware and software necessary to read or otherwise utilize the date comprising the document.

G.  A response to a request to "identify" or "describe" a communication generally will be adequate if it:

  (1)  states the communication (e.g., oral, written, memoranda, employment application, letter, etc.);

  (2)  states the date and place where it occurred;

  (3)  sets forth its substance;

  (4)  states the identity of each person whom such communication was directed;

  (5)  states the identity of each person who was present when such communication was made; and

  (6)  sets forth the present or last known location of any document memorializing the communication.

H.  A response to a request to "identify" or "describe" an occasion or incident generally will be adequate if it:

4

| | |
|---|---|
| (1) | states the date or approximate date on which the occasion or incident occurred; |
| (2) | states the place in which the occasion or incident occurred; |
| (3) | identifies the individual(s) who witnessed the incident or occasion; and |
| (4) | states a description of the events that transpired. |

I.    A reference to the terms "communication" or "communications" means any transmission of information, whether facts or opinions by speech, writing, sign on any other medium.

J.    Frank Valdes means Joy Francis Valdes.

The definitions above, and those incorporated directly within the Interrogatories below, should not be construed so as to broaden or narrow the scope of discovery permitted by the <u>Federal Rules of Civil Procedure</u>.

1.     What is the name and address of the person answering these interrogatories and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.     List all former names of Frank Valdes and when he was known by those names. For Frank Valdes provide the following: social security number, date and place (county and state) of birth, and if he was married, the name of his spouse or spouses, the date(s) and location(s) (county and state) of marriage and if applicable, date(s) and location(s) (county and state) of divorce.

3.     With respect to the allegations in paragraph 66 of Plaintiff's First Amended Complaint and Jury Demand, state with specificity and in detail the factual basis of the following:

(a)     The name and rank/title of each correction officer who was either previously suspended or on disciplinary probation for similar acts of violence against inmates;

(b)     For each correction officer listed in subparagraph (a) above, describe the specific reason for suspension and/or disciplinary probation;

(c)     Identify any and all documents, or parts thereof, which in any way relates to the allegation that the corrections officers named in the answer to subparagraph (a) above had been either suspended or on disciplinary probation;

(d)     Of those correction officers listed in subparagraph (a) above, identify those correction officers who were promoted and/or permitted to be placed in positions of authority and responsibility by Crosby, A.D. Thornton, and/or Giebeig;

(e)     Identify any and all documents, or parts thereof, which in any way relate to the allegation that Crosby, A.D. Thornton, and/or Giebeig, promoted and/or permitted the officers named in subparagraph (a) above to be placed in positions of authority and responsibility for which they were clearly unsuited; and

(f)     Identify the names and addresses of any and all individuals who either witnessed or can attest to the allegation that the officers named in subparagraph (a) above were either promoted and/or permitted to be placed in or to positions of authority or responsibility for which they were clearly unsuited.

7

4.  State if Plaintiff has ever been a party, either plaintiff or defendant, in any civil case, administrative proceeding, and/or charges of any type or kind from ten years ago to the present, and state the nature of the action, and the date and court in which suit was filed or claim was brought.

5.  Identify the names and addresses of any and all individual(s) with whom Plaintiff or Plaintiff's attorneys have communicated, either orally or in writing, regarding the facts and/or claims alleged in Plaintiff's Complaint.

6.  With regard to each individual identified in response to Interrogatory No. 5 above, describe the various communications which Plaintiff and/or Plaintiff's attorneys had with the individual and state whether any written or otherwise recorded statements from this individual have been made, identifying the person with custody of such statement.

7.   Has Plaintiff heard or does Plaintiff know about any statement or remark made by or on behalf of any party to this lawsuit concerning any issue in this lawsuit; if so, state the name and address of each individual who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

8.   Provide the name and address of every individual who has knowledge about, or possession, custody or control of, any model, plat, map, drawing, motion picture, video tape, audio tape, photograph, or computer tape, or computer disk, pertaining to any fact or issue involved in this controversy; and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

9.   Identify all documents which are being **withheld** from production by virtue of any privilege or for **any** other reason.  (This **list should** identify each document by its name, date, **author and** receipt and **specify the** reason for withholding it from production.)

10.   Please list **the name, title** or position, **and present** address and telephone number of each person(s) **from whom** Plaintiff has **obtained** information used to answer each of these interrogatories, and with regard to **each** person listed, please indicate the interrogatories **on which the person consulted and** the information provided by the person.

11.   Regarding communication between Mario Valdes and Frank Valdes, please provide the following:

(a)   Date and subject of any telephone calls made from Mario Valdes to Frank Valdes during the ten (10) years prior to the death of Frank Valdes.

(b)   Date and subject of any telephone calls made from Frank Valdes to Mario Valdes during the ten (10) years prior to the death of Frank Valdes.

(c)   Date and subject of any letter, telegram, package or other non-telephonic communication from Mario Valdes to Frank Valdes directly or indirectly during the ten (10) years prior to the death of Frank Valdes.

(d)   Date and subject of any letter, telegram, package or other non-telephonic communication from Frank Valdes to Mario Valdes directly or indirectly during the ten (10) years prior to the death of Frank Valdes.

11

12.    Regarding Mario Valdes, list:

(a)    Each and every date when Mario Valdes visited Frank Valdes over the ten (10) years prior to the death of Frank Valdes; and

(b)    For each date listed in Plaintiff's Answer to Interrogatory 12(a), name the facility where Mario Valdes visited Frank Valdes and the duration and purpose of each visit.

13.    List each and every date when Mario Valdes attended the 2002 criminal trial involving the death of Frank Valdes.

12

14.    With regard to the Plaintiff's First Amended Complaint and Jury Demand, state with specificity and in detail the following:

(a)    The identity and location of any and all documents or items, or portions thereof, or statement, oral or written, which pertain or relate to the allegations in paragraph 42 of Plaintiff's First Amended Complaint and Jury Demand;

(b)    The factual basis which supports the allegation that A.D. Thornton was present during the alleged punching and kicking of Plaintiff as alleged in paragraph 42 of Plaintiff's First Amended Complaint and Jury Demand;

(c)    Define the term "present" as that item is used in paragraph 42 of Plaintiff's First Amended Complaint and Jury Demand including A.D. Thornton's specific location within the FSP at all times relevant to the allegations in paragraph 42 of Plaintiff's First Amended Complaint and Jury Demand; and

(d)    Identify any and all individuals who claim that A.D. Thornton was "present during the punching and kicking of the Plaintiff."

15.   With regard to the allegations in paragraph 46 of Plaintiff's First Amended Complaint and Jury Demand describe as follows:

    (a)   State with specificity and in detail each incident providing or supporting a factual basis that inmate witnesses were "exposed to violence, threats and coercion by corrections officers knowing fully that the potential for such activity was great."

    (b)   For each inmate who was allegedly beaten, threatened or coerced not to tell investigators the truth about what they had heard and/or seen in connection with the death of Valdes, provide for each inmate his name, the date and time that the inmate was physically beaten, threatened or coerced, the place where such a beating, threatening or coercion took place,  the name of the corrections officer or officers who performed such activity, any other factual basis which supports that inmate witnesses were physically beaten, threatened and coerced as described at paragraph 46 of Plaintiff's First Amended Complaint and Jury Demand;

    (c)   Identify any and all documents, or parts thereof, which in any way relates to the allegations in Paragraph 46 of Plaintiff's First Amended Complaint and Jury Demand; and

    (d)   Identify any and all individuals who witnessed such events or can attest to any of the facts alleged in paragraph 46 of Plaintiff's First Amended Complaint and Jury Demand and for each individual, provide the specific allegation in paragraph 46 of Plaintiff's First Amended Complaint and Jury Demand which each individual witnessed or can attest to.

16.   With regard to the allegations in paragraph 47 of Plaintiff's First Amended Complaint and Jury Demand, for each of the "numerous other incidents of sadistic behavior by corrections officers at FSP" describe:

   (a)   The names of the corrections officers involved;

   (b)   The names of the inmates involved;

   (c)   The date and time of any such incident of sadistic behavior;

   (d)   The specific place of any such incident of sadistic behavior;

   (e)   Identify any and all documents, or parts thereof, which in any way relates to the allegations in paragraph 47 of Plaintiff's First Amended Complaint and Jury Demand; and

   (f)   Identify any individuals who witnessed the events alleged in paragraph 17 of Plaintiff's First Amended Complaint and Jury Demand, and for each individual provide detailed information regarding the incident including when and where the incident took place, other individuals who witnessed such incident, a description of the incident, and any and all individuals who were present during the incident.

15

17.   With regard to the allegations in paragraphs 47, 48 and 49 of Plaintiff's First Amended Complaint and Jury Demand, state the following:

(a)   State with specificity and in detail the factual basis concerning or relating to the allegation that "these acts ... were known or should have been known" to Crosby, A.D. Thornton, and Giebeig;

(b)   Identify any and all documents or parts thereof which in any way relates to or concerns the allegations in paragraph 48 of Plaintiff's First Amended Complaint and Jury Demand;

(c)   Identify any individuals who witnessed any act of "sadistic behavior" by FSP corrections officer(s);

(d)   Identify any and all documents, or parts thereof, which in any way support or relates to the allegation that corrections officers had provided "notice of the existence of such activities" to Crosby, A.D. Thornton, and/or Giebeig;

(e)   Identify any and all individuals who witnessed corrections officers providing notice of such "sadistic behavior" to Crosby, A.D. Thornton, and/or Giebeig and for each individual named, provide a detailed description of the notice provided, to whom it was provided, and the date, time and place when such notice was provided; and

(f)   State with specificity and in detail the factual basis of the claim that any sadistic act by corrections officers was considered an acceptable practice by Defendants Crosby, Giebeig and/or A.D. Thornton and identify any relevant documents.

16

18.  With regard to the allegations in paragraphs 28 and 50 of Plaintiff's First Amended Complaint and Jury Demand, please state with specificity and detail the factual basis of the allegation that Crosby, A.D. Thornton, and/or Giebeig failed "to investigate the numerous complaints by inmates" from 1996 - 1999 including:

   (a)  The names of inmates who filed grievances which were investigated;

   (b)  The date and time of any incident which was investigated as a result of an inmate grievance;

   (c)  The date, time and location of any incident described in a inmate grievance which was not investigated and a brief summary of the facts of each incident;

   (d)  The name of each inmate who filed a grievance which was not investigated;

   (e)  The identity of any and all documents, including grievances, which relate in any way to the allegation in paragraphs 28 and 50 of Plaintiff's First Amended Complaint and Jury Demand; and

   (f)  The definition of "investigate" or "investigation" as used in paragraphs 28 and 50 of Plaintiff's First Amended Complaint and Jury Demand and the location and source document which defines or references those terms.

17

19.     With regard to the allegations in **paragraph** 51 of Plaintiff's First Amended Complaint and Jury Demand, state with **specific**ity and in detail the factual basis for these allegations, including:

    (a)     The dates of the last videotaped **cell ext**raction at FSP;

    (b)     The location within FSP where **videotap**ing had taken place prior to the alleged **directive** by Crosby to **cease vide**otaping cell extractions;

    (c)     The names of the "other prisons" **[which]** routinely videotape cell extractions and which **did**, in fact, videotape **cell ext**ractions during the period relevant to Plaintiff's First Amended **Complaint** and Jury Demand;

    (d)     The identity of each document or **item, or** portions thereof, or statements, oral or written, which in any way **relates to** the allegations in paragraph 51 of Plaintiff's First Amended Com**plaint and** Jury Demand; and

    (e)     The identity of any individual(s) **who Plain**tiff contends witnessed and/or can attest to **any of** the facts and/or **any of the** alleged conduct in paragraph 51 of Plaintiff's First Amended Complaint **and** Jury Demand.

    (f)     The identity of the document(s) **which des**cribes the DOC's or Florida State Prison's **policy**(ies) or procedure**(s) on vide**otaping cell extractions during the years 1996 - 1999.

18

20.     With respect to the allegations in paragraph 61 of Plaintiff's First Amended Complaint and Jury Demand, state with specificity and in detail the factual basis for these allegations, including:

(a)     Describe the specific acts which Plaintiff contends violated the Eighth Amendment to the U.S. Constitution and for each such act, list the Defendant(s) who participated in such act;

(b)     Describe the specific acts which Plaintiff contends violated the Fourteenth Amendment to the U.S. Constitution and for each such act, list the Defendant(s) who participated in such act; and

(c)     For each act described in subparagraphs (a) and (b) above, list the names of any witnesses to the act(s), the date and time of such act(s) and any documents which relate in any way to those act(s).

STATE OF FLORIDA  )
        ) ss:
COUNTY OF DUVAL  )

  BEFORE ME, the undersigned authority, personally appeared Plaintiff, MARIO VALDES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOY FRANCIS "FRANK" VALDES upon being first duly sworn according to law, deposes and says he has executed the foregoing Answers to Interrogatories, and that the responses are true and correct to the best of his knowledge and belief.

            _____

            Mario Valdes

  The foregoing interrogatories were sworn to before me on this the _____ day of _____, 2002, by Plaintiff, MARIO VALDES, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOY FRANCIS "FRANK" VALDES, who is personally known to me OR who has produced _____ as identification and who did take an oath, and who was sworn and says that the foregoing answers to these interrogatories are true.

            _____

            Notary Public
            STATE OF FLORIDA AT LARGE
            My Commission Expires: _____

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been furnished to **Guy Bennett Rubin and Stuart M. Address, Esquire**, *Attorney for Plaintiff*, P.O. Box 395, Stuart, Florida 34995; **Stuart Edward Goldenbeg, Esquire**, *Of Counsel for Plaintiff*, 631 US Highway 1, Suite 306, North Palm Beach, FL 33408-4618; **Kimberly King, Esquire and Leslei G. Street, Esquire**, *Attorneys for Ronnie White and Charles Shockley*, P.O. Box 10095, Tallahassee, Florida 32302-2095; **John F. Dickinson/J. Ray Poole**, *Attorneys for Robin Rash, Mary Hudnall, Denise McEachern, Jimmie Burger and Thomas Edwards*, P.O. Box 41099, Jacksonville, Florida 32203; **Kelly Overstreet Johnson and Laureen Galeoto, Esquire**, *Attorney for Timothy A. Thornton, Jason Patrick Griffis, Dewey Beck, Charles Brown, Robert Sauls and Donald Stanford*, 215 South Monroe Street, Suite 400, Tallahassee, FL 32301, **D. Andrew Vloedman**, *Attorney for Andrew Lewis*, 2790 N.W. 43rd Street, Suite 200, Gainesville, FL 32606 by U.S. Mail, this 21st day of January, 2003.

GOBELMAN, LOVE, GAVIN,
BLAZS & MATHIS

_____
Kevin A. Blazs, Esquire
Florida Bar No: 0606383
Ronald S. Wasilenko, Esquire
Florida Bar No: 0137510
Robert H. Ellis, Esquire
Florida Bar No: 152552
Robert E. Blanchfield, Esquire
Florida Bar No.: 0361800
815 S. Main Street, Suite 300
Jacksonville, FL 32207
(904) 393-9007
Attorneys for Defendants, Crosby, Giebeig,
Thornton

P:\client\3469\3469 Interrogatories.wpd

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO VALDES, INDIVIDUALLY, AND          **Case** No. 3:01-cv-799-J32
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOY FRANCIS "FRANK"
VALDES

      Plaintiff,

vs.

JAMES V. CROSBY JR., A.D. THORNTON, TIM GIEBEIG,
RONNIE WHITE, CHARLES SHOCKLEY,
TIMOTHY A.THORNTON, JASON PATRICK
GRIFFIS, DEWEY BECK, CHARLES BROWN,
ROBERT SAULS, MONTREZ LUCAS,
ANDREW LEWIS, DONALD STANFORD,
JIMMIE BURGER, DENISE MCEACHERN,
ROBIN RASH, and MARY HUDNALL, each
in his/her individual capacity,

      Defendants.
_____)

## <u>PLAINTIFF'S ANSWERS<br>TO FIRST INTERROGATORIES<br>BY DEFENDANTS CROSBY, GIEBEIG, AND A.D. THORNTON</u>

Plaintiff, MARIO VALDES, by and through his undersigned counsel, pursuant to

Fed.R.Civ.P. 33, hereby provides his Answers to the First Interrogatories by Defendants

Crosby, Giebeig, and A.D. Thornton, and states:

    1.    Mario Valdes, father and personal representative of the Estate of Joy
Francis "Frank" Valdes,1485 West 46th Street, Apartment 422, Hialeah, Florida 33012,
305-556-8603

    2.    a.    Unknown.

            b.    SS#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

            c.    DOB:  10-28-62. Born in Brooklyn New York

     d.     Frank Valdes was married to Wanda Eads on January 21, 1994.

They divorced on August 1, 1995, in Bradford County, Florida.

3.     Plaintiff is unable to accurately and adequately respond to this interrogatory due to Crosby and the DOC's refusal to provide documents to Plaintiff. These documents are the subject of outstanding motions to compel in this action and in the Mathews case.

4.     No.

5.     Objection. Attorney-client and/or work-product privileges.

6.     Objection. See answer to Interrogatory no. 5.

7.     This case has been the source of a great deal of publicity. Various of the parties and/or their representatives have made statements to the media. Exact statements, dates, and times are unknown. In addition, various of the Defendants have testified under oath in connection with criminal proceedings arising from the death of Frank Valdes.

8.     The Alachua County State Attorney, the Federal Bureau of Investigations and the Florida Department of Law Enforcement have investigatory files. The State Attorney is in possession of audio tapes, video tapes, maps and photographs. Plaintiff is not aware of date and times that were prepared. Plaintiff is unaware of what is in the possession of FDLE or FBI as their files are still open and thus the records are not accessible.

9.     Objection. Overbroad and vague. Plaintiff is unable to respond due to a lack of specificity as to the category of privileged documents to which this documents relates.

10.    Plaintiff's counsel and their staff have assisted in the preparation of all interrogatory answers for review and consideration by Plaintiff.

11.    Objection. Overbroad as to timeframe. Without waiver of this objection, Plaintiff did not keep track of each and every communication or visit, but Plaintiff did write his son on a regular basis and visited him once or twice per year.

12.    Objection. Overbroad as to timeframe. Without waiver of this objection, Plaintiff did not keep track of each and every communication or visit, but Plaintiff did write his son on a regular basis and visited him once or twice per year.

13.    None.

14.    a.    Plaintiff is in possession of over 20,000 pages of documents utilized by the State Attorney's Office on the prosecution of State vs. Thornton et al. Plaintiff, through his counsel and its staff, inspected the entirety of the documents available from the State Attorney's Office and chose to copy portions thereof. Thus, the portions which Plaintiff's counsel chose to copy are subject to the attorney work-product privilege. Disclosure of the documents or even a privilege log is inappropriate as same would disclose the identity of those documents which Plaintiff's counsel chose to copy. Defendants have an equal opportunity to inspect the same documents and make their own decisions regarding what documents, or portions thereof, to copy. Without waiver of this objection, Plaintiff is prepared to allow defense counsel to review all of said 20,000 pages and will permit copying upon reasonable request. Discovery ongoing.

b.    Plaintiff alleges A.D. Thornton was present at FSP during the punching and beating of Plaintiff and that he was the senior officer present at the prison

3

that day. The basis of this allegation is the testimony of James Crosby in the criminal trial of State vs. Thornton et al.

c.    A.D. Thornton was the acting warden on July 17, 1999. Upon information and belief, A.D. Thornton was present at FSP during all relevant times to this action on July 17, 1999.

d.    Plaintiff asserts A. D. Thornton was present at FSP during the time the punching and beating of Plaintiff occurred. All employees working at FSP, James Crosby and all inmates at FSP that day may have knowledge concerning A.D. Thornton's presence.

15.    a.    Dallas Price, Michael Barron, Willie Mathews, Steven Porkolab, James Williams Castro Florez, Mark DeFriest are known to have been threatened by corrections officers. Plaintiffs believe this list is partial and is subject to be expanded upon the receipt of further documentation from the DOC and other state and federal agencies which are the subject of ongoing discovery motions in this case and in the *Mathews* case.

b.    Plaintiff is unaware of the exact times, locations and circumstances of such beatings, threats and coercion other than what has been disclosed in deposition testimony of Mathews, Barron, Price and DeFriest in the *Mathews* case.

c.    Plaintiffs have no documents relating to these allegations other than FDLE statements already in the possession of counsel for Crosby et als. However, Plaintiffs believe this list is partial and is subject to be expanded upon the receipt of further documentation from the DOC and other state and federal agencies which are the subject of ongoing discovery motions in this case and in the *Mathews* case.

4

d.    Plaintiffs are not aware of any eyewitnesses to the beatings, threats and coercion alleged in the subject paragraph. Discovery ongoing.

16.    Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory.

17.    a.    Administrative staff, including CROSBY, GIEBEIG, SHOCKLEY, WHITE and A.D. THORNTON were aware that FSP officers had a propensity for violence due to the numerous complaints and grievances filed by inmates, by information gathered by FSP Warden Ron McAndrew and directly discussed with all of these defendants before the Valdes murder. Furthermore, CROSBY AND A.D. THORNTON stated that some officers' names are constantly coming up when there are allegations of abuse against inmates and that they should be moved off of high profile wings where they would be less likely to be involved. This information is contained in documents produced to Plaintiff by CROSBY in discovery in the *Mathews* case.

Additionally, MOORE, CROSBY, WHITE, SHOCKLEY and A.D. THORNTON had the ability to review or were involved in investigating inmate grievances and failed to take any steps to stop the abuse from continuing, thus giving FSP officers tacit approval for the abuse to continue.

b.    Approximately 500 pages of Office of Inspector General reports regarding investigations of inmate grievances at Florida State Prison, which are available for inspection and copying.

c.    Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

5

d.      Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

e.      Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

f.      Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

18.     a. – e:  See response to interrogatory No. 17.

f.      These words are used in their normal sense and are self-explanatory.

19.     a.      Unknown at this time.  Discovery ongoing.

b.      In and near all cell blocks and all closed management cells.

c.      The two wardens at FSP who immediately preceded CROSBY routinely videotaped cell extractions.  Giebeig personally conducted or supervised numerous cell extraction videos under the direction of Mr. McAndrew.

d.      Objection overbroad.  Without waiving this objection, Plaintiff asserts that the documents produced by CROSBY in the MATHEWS case relating to videotaping and cameras are responsive to this interrogatory.  Plaintiff is also in possession of Florida House of Representatives report dated October 5, 1999 in which CROSBY testified concerning videotaping. Discovery ongoing.

e.      See response to item c of this interrogatory.  Further all inmates and officers involved in cell extractions from 1995 to July 17, 1999 may have knowledge as to these allegations.  Further A.D. THORNTON and all other defendants in this action may have knowledge as to these allegations.

f.      Discovery ongoing.  Plaintiff has requested said policies however the DOC has not yet produced said documents.  Plaintiff asserts that the documents produced by CROSBY in the MATHEWS case relating to videotaping and cameras are potentially responsive to this interrogatory.  Otherwise, none currently in the possession of Plaintiff.

20.      a.      Objection. Calls for a legal conclusion. Without waiver of this objection, all of the acts set forth in the Amended Complaint are alleged to violate both the 8th and 14th Amendments.  The specific acts engaged in by each defendant is the subject of ongoing discovery.

b.      Objection. Calls for a legal conclusion. Without waiver of this objection, all of the acts set forth in the Amended Complaint are alleged to violate both the 8th and 14th Amendments.  The specific acts engaged in by each defendant is the subject of ongoing discovery.

c.      All defendants in this action and all witnesses identified in the Plaintiffs Initial Disclosures. Dates and times are unknown, but discovery is ongoing.

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served by facsimile and U.S. Mail to: **Jeffrey Cramer, Esq.**, One Independent Dr., Suite 3300, Jacksonville, FL 32202; **Kevin A. Blazs, Esq.**, 200 West Forsyth Street, Suite 1700, Jacksonville, FL 32202-4359; **Theodore R. Doran, Esq.**, 444 Seabreeze Boulevard, Suite 800, Post Office Drawer 15110, Daytona Beach, Florida 32115; **John M. Dickinson, Esq.**, Post Office Box 41099, Jacksonville, Florida 32203; and **Kelly Overstreet Johnson Esq./Laureen E. Galeoto**, Esq., Broad and Cassel, 215 South Monroe Street, P.O. Box 11300, Tallahassee, Fl 32301 this 6 day of ~~February~~ *March*, 2003.

Ellis Rubin, Esq.
Florida Bar No. 289069
Guy Bennett Rubin, Esq.
Florida Bar No. 691305
Stuart M. Address, Esq.
Florida Bar Number 989606
**Rubin & Rubin**
Post Office Box 395
Stuart, Florida 34995
Tel.: (772) 283-2004
Fax: (772) 283-2009

10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO VALDES, INDIVIDUALLY, AND      Case No. 3:01-cv-799-J32
AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOY FRANCIS "FRANK"
VALDES

          Plaintiff,

vs.

JAMES V. CROSBY JR., A.D. THORNTON, TIM GIEBEIG,
RONNIE WHITE, CHARLES SHOCKLEY,
TIMOTHY A.THORNTON, JASON PATRICK
GRIFFIS, DEWEY BECK, CHARLES BROWN,
ROBERT SAULS, MONTREZ LUCAS,
ANDREW LEWIS, DONALD STANFORD,
JIMMIE BURGER, DENISE MCEACHERN,
ROBIN RASH, and MARY HUDNALL, each
in his/her individual capacity,

          Defendants.

_____ )

## PLAINTIFF'S SUPPLEMENTAL ANSWERS
## TO FIRST INTERROGATORIES
## BY DEFENDANTS CROSBY, GIEBEIG, AND A.D. THORNTON

     Plaintiff, MARIO VALDES, by and through his undersigned counsel, pursuant to

Fed.R.Civ.P. 33, hereby provides his Supplemental Answers to the First Interrogatories

by Defendants Crosby, Giebeig, and A.D. Thornton, and states:

     1.      Mario Valdes, father and personal representative of the Estate of Joy
Francis "Frank" Valdes,1485 West 46th Street, Apartment 422, Hialeah, Florida 33012,
305-556-8603

          2.      a.      Unknown.

                 b.      SS#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

                 c.      DOB: 10-28-62. Born in Brooklyn New York

d.  Frank Valdes was married to Wanda Eads on January 21, 1994. They divorced on August 1, 1995, in Bradford County, Florida.

3a and 3b.  The following officers were suspended, disciplined or fired for assault, battery, excessive use of force, falsifying documentation or acts of dishonesty. The details surrounding the charges are listed below if known.

| | |
|---|---|
| Dion Goldwin, | aggravated assault |
| David Blakely, | aggravated assault |
| Eric Crews, | aggravated assault |
| Theodore Delisle, | false statement |
| Livingston Galway, | aggravated assault |
| Steven Dobbs, | excessive force, suspended ten days |
| Lonsea Wilkerson, | false statement |
| Michael Gentry, | impersonation |
| James Montgomery, | battery |
| Tim Giebeig, | suspended for unauthorized excessive use of force, failure to file official use of force report, making false statements, and failure to properly supervise subordinates. In fact, Giebeig's acts were serious enough that he was actually fired for these acts, but he appealed and was suspended instead |
| Montrez Lucas, | excessive use of force, suspended for 60 days |
| Jason P. Griffis, | inmate abuse, dumped an inmate out of wheelchair and kicked him, suspended |
| Timothy Thornton, | battery |

3c.  This information can be found in the personnel files of the Defendants, articles printed in media outlets and in documents received from Gainesville Legal Services.

3d.        Timothy Thornton was promoted to Captain, Tim Giebieg was promoted to Captain and then to inspector, Griffis was promoted to Sergeant, Lucas was promoted to Sergeant and named officer of the year, Dobbs was promoted to Sergeant. Plaintiff is unaware of the status of the other officers at this time.

3e.        See answer to 3c above.

3f.        AD Thornton, James Crosby, Tim Giebeig, Ron McAndrew, and others which Plaintiff may learn of during discovery.

4.        No.

5.        Objection. Attorney-client and/or work-product privileges.

6.        Objection. See answer to Interrogatory no. 5.

7.        This case has been the source of a great deal of publicity. Various of the parties and/or their representatives have made statements to the media. Exact statements, dates, and times are unknown. In addition, various of the Defendants have testified under oath in connection with criminal proceedings arising from the death of Frank Valdes.

8.        The Alachua County State Attorney, the Federal Bureau of Investigations and the Florida Department of Law Enforcement have investigatory files. The State Attorney is in possession of audio tapes, video tapes, maps and photographs. Plaintiff is not aware of date and times that were prepared. Plaintiff is unaware of what is in the possession of FDLE or FBI as their files are still open and thus the records are not accessible. In addition, the Florida Department of Corrections would possess items relevant to this interrogatory.

9.        Objection. Overbroad and vague. Plaintiff is unable to respond due to a lack of specificity as to the category of privileged documents to which this documents relates. An omnibus request for all documents withheld under any claim of privilege is improper.

10.     Plaintiff's counsel and their staff have assisted in the preparation of all interrogatory answers for review and consideration by Plaintiff.

11.     Objection. Overbroad as to timeframe. Without waiver of this objection, Plaintiff did not keep track of each and every communication or visit, but Plaintiff did write his son on a regular basis and visited him once or twice per year.

12.     Objection. Overbroad as to timeframe. Without waiver of this objection, Plaintiff did not keep track of each and every communication or visit, but Plaintiff did write his son on a regular basis and visited him once or twice per year.

13.     None.

14.     a.      Deposition of James V. Crosby, taken on March 7, 2001 in the criminal case of State vs. Thornton 00-48-CF, Bradford County, FL.

b.      Plaintiff alleges A.D. Thornton was present at FSP during the punching and beating of Plaintiff and that he was the senior officer present at the prison that day. The basis of this allegation is the testimony of James Crosby in the criminal trial of State vs. Thornton et al.

c.      A.D. Thornton was the acting warden on July 17, 1999. Upon information and belief, A.D. Thornton was present at FSP during all relevant times to this action on July 17, 1999.

d.      Plaintiff asserts A. D. Thornton was present at FSP during the time the punching and beating of Plaintiff occurred. All employees working at FSP, James Crosby and all inmates at FSP that day may have knowledge concerning A.D. Thornton's presence.

15.    a.    Dallas Price, Michael Barron, Willie Mathews, Steven Porkolab, James Williams Castro Florez, Mark DeFriest are known to have been threatened by corrections officers. Other inmate witnesses would not even give a statement to FDLE investigators because they were afraid of retaliation from the Correctional Officers assigned to watch over them. Plaintiffs believe this list is partial and is subject to be expanded upon the receipt of further documentation from federal agencies.[1]

b.    Plaintiff is unaware of the exact times, locations and circumstances of such beatings, threats and coercion other than what has been disclosed in deposition testimony of Mathews, Barron, Price and DeFriest in the *Mathews* case. Plaintiffs believe this list is partial and is subject to be expanded upon the receipt of further documentation from federal agencies (see footnote 1).

c.    Plaintiffs have no documents relating to these allegations other than FDLE statements already in the possession of counsel for Crosby et als. However, Plaintiffs believe this list is partial and is subject to be expanded upon the receipt of further documentation from federal agencies. (see footnote 1 below)

d.    Plaintiffs are not aware of any eyewitnesses to the beatings, threats and coercion alleged in the subject paragraph.

16.    Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory.

17.    a.    Administrative    staff,    including    CROSBY,    GIEBEIG, SHOCKLEY, WHITE and A.D. THORNTON were aware that FSP officers had a propensity for violence due to the numerous complaints and grievances filed by inmates,

---

[1] Plaintiff has been advised that the Federal Bureau of Investigations maintains an open file concerning the Valdes incident and as such, will not release any information or documentation to Plaintiff.

by information gathered by FSP Warden Ron McAndrew and directly discussed with all of these defendants before the Valdes murder.   Furthermore, CROSBY AND A.D. THORNTON stated that some officers' names are constantly coming up when there are allegations of abuse against inmates and that they should be moved off of high profile wings where they would be less likely to be involved. This information is contained in documents produced to Plaintiff by CROSBY in discovery in the *Mathews* case.

Additionally, MOORE, CROSBY, WHITE, SHOCKLEY and A.D. THORNTON had the ability to review or were involved in investigating inmate grievances and failed to take any steps to stop the abuse from continuing, thus giving FSP officers tacit approval for the abuse to continue.

b.      Approximately 500 pages of Office of Inspector General reports regarding investigations of inmate grievances at Florida State Prison, which are available for inspection and copying, OIC meeting minutes, shift supervisor meeting minutes, and prison press articles.

c.      All inmates who have filed inmate grievances concerning abuse by staff as well as all individuals listed as witnesses in the grievances would be witnesses. Other witnesses would include correctional officers, medical staff, and the Florida State Prison chaplain.

d.      Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

e.      See response to (c) above. Plaintiff is unaware of specifics other than what is identified in Office of Inspector General grievance documents, documents received

from DOC which show letters detailing abuse and show Crosby's signature confirming receipt of letter, Giebeig's case diary, and OIC and shift supervisor meeting minutes.

     f.     Plaintiff will produce for inspection and copying all documents containing the information requested in this interrogatory relative to the information requested in subparts (c) through (f).

     18.     a.     The names of inmates who filed grievances are too numerous to list. The Office of Inspector General documents identified in answer to 17 above list the inmate names.

     b.     The date and time of the incidents are listed on the Office of Inspector General documents identified in answer to 17 above.

     c.     Plaintiff is not alleging that the grievances were not investigated. Plaintiff is alleging that the investigations were cursory and investigators and supervisors have chosen to look the other way with regard to inmate abuse thereby giving officers their tacit approval. See response to 17 above.

     d.     Plaintiff is not alleging that the grievances were not investigated. Plaintiff is alleging that the investigations were cursory and investigators and supervisors have chosen to look the other way with regard to inmate abuse thereby giving officers their tacit approval. See response to 17 above.

     e.     Office of Inspector General Grievance documents, OIC meeting minutes, shift supervisor meeting minutes, Giebeig's case diary, letters written to Crosby alleging abuse.

     f.     These words are used in their normal sense and are self-explanatory.

19.    a.    During Ron McAndrew's tenure as warden of Florida State Prison, all use of force incidents were videotaped. Ron McAndrew was warden at Florida State Prison until February of 1998.

b.    In and near all cell blocks and all closed management cells.

c.    The two wardens at FSP who immediately preceded CROSBY routinely videotaped cell extractions. Giebeig personally conducted or supervised numerous cell extraction videos under the direction of Mr. McAndrew.

d.    Objection overbroad. Without waiving this objection, Plaintiff asserts that the documents produced by CROSBY in the MATHEWS case relating to videotaping and cameras are responsive to this interrogatory. Plaintiff is also in possession of Florida House of Representatives report dated October 5, 1999 in which CROSBY testified concerning videotaping.

e.    See response to item c of this interrogatory. Further all inmates and officers involved in cell extractions from 1995 to July 17, 1999 may have knowledge as to these allegations. Further A.D. THORNTON and all other defendants in this action may have knowledge as to these allegations.

f.    Plaintiff asserts that the documents produced by CROSBY in the MATHEWS case relating to videotaping and cameras are potentially responsive to this interrogatory.

20.    All Defendants officers and supervisors either participated in, or are responsible under applicable law for the unjustified beating and death of Valdes. Defendants are responsible for use excessive and unjustified force on VALDES which ultimately caused his death. Defendants are responsible for failing to take any immediate

action to intercede, despite the opportunity and means to do so, to help VALDES. Defendants are responsible for denying VALDES medical care. Defendants are responsible for packing up VALDES' cell and telling inmates they were putting VALDES on special management in a strip cell, which they knew was a lie. Defendants are responsible for arranging for the blood soaked floors of VALDES' cell and the adjacent hallway areas containing VALDES' blood to be cleaned with an antiseptic solution, thereby destroying evidence of what they had done. Defendants are responsible for meeting among themselves to confer about a story that would explain VALDES' death. Defendants are responsible for making verbal and written false reports about VALDES causing his own death by throwing himself off his own bunk. Defendants are responsible for falsifying medical records. Defendants are responsible for closing all the outer cell doors of the other inmates cells on X-wing in an effort to prevent any other inmate form observing their actions. Defendants are responsible for writing Disciplinary Reports charging VALDES with assault with a deadly weapon and possession of a weapon that did not exist. Defendants are responsible for talking amongst themselves to concoct a story that Valdes was self inflicting injuries, and meeting together before the filing of reports to ensure everyone was telling the same story. Defendants are responsible for allowing inmate witnesses to be exposed to violence, threats and coercion by correctional officers. Defendant supervisors are responsible for creating a tacit rule or accepted practice that abusing inmates is acceptable conduct by officers at FSP. Defendant Supervisors are responsible for creating an environment in which corrections officers believed they could get away with unconstitutional acts upon inmates without repercussion or consequence. Defendant supervisors are responsible for ceasing the

videotaping of cell extractions, one of the only safeguards against these abuses, from

close management areas, the areas where the aforementioned abuses were most likely to

occur.

        b.     See response to subpart (a).

        c.     All defendants in this action and all witnesses identified in the

Plaintiffs Initial Disclosures.  All dates and times are unknown, but the beatings which

led to VALDES death and the incidents relating to those beatings would have occurred

on July 16 and 17, 1999.

# CERTIFICATION BY PLAINTIFF

_____

**MARIO** VALDES, individually
**And as P**ersonal Representative of
**The estate** of Joy Francis Valdes

STATE OF FLORIDA  :
COUNTY OF _____  :

   BEFORE ME, the undersigned authority, personally appeared, who is personally

known to me, or who has produced DL# V3 2 542-31-075-0 as identification, and who,

having been duly sworn, states that he has answered the foregoing First Interrogatories to

the best of his knowledge, information and belief.

   SWORN TO AND SUBSCRIBED before me this 5th day of March 2004.

_____
Notary Public

Christina M. Gilbert
Commission #DD253865
Expires: Sep 28, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

My Commission Expires: _____

**AS TO OBJECTIONS:**

Guy Bennett Rubin, Esq.
Florida Bar No. 691305
Stuart M. Address, Esq.
Florida Bar Number 989606
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995
Tel.: (772) 283-2004
Fax: (772) 283-2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US regular Mail to: **Laureen Galeoto, Esq.,** Broad & Cassel, 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301, **Robert Ellis**, Esq., Gobelman, Love, Gavin et als., 815 South Main Street, Suite 300, Jacksonville, Florida 32207, **Leslei G. Street,** Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., 215 South Monroe Street, Tallahassee, Florida 32301, **John F. Dickinson,** Esq., Constagny, Brooks & Smith, P.O. Box 41099, Jacksonville, Florida 32203-1099, and **Andrew Vloedman, Esq.**, NW 43rd Street, Ste 200, Gainesville, FL 32606 on this 15 day of March 2004.

Guy Bennett Rubin, Esq. (FBN 691305)
Stuart M. Address, Esq. (FBN 989606)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:    (772) 283-2004
Facsimile:    (772) 283-2009

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO VALDES, INDIVIDUALLY, AND　　　　Case No.  3:01-cv-799-J32
AS  PERSONAL REPRESENTATIVE OF
THE ESTATE OF JOY FRANCIS "FRANK"
VALDES

　　　　Plaintiff,

vs.

JAMES V. CROSBY JR., A.D. THORNTON, TIM GIEBEIG,
RONNIE WHITE, CHARLES SHOCKLEY,
TIMOTHY A.THORNTON, JASON PATRICK
GRIFFIS, DEWEY BECK, CHARLES BROWN,
ROBERT SAULS, MONTREZ LUCAS,
ANDREW LEWIS, DONALD STANFORD,
JIMMIE BURGER, DENISE MCEACHERN,
ROBIN RASH, and MARY HUDNALL, each
in his/her individual capacity,

　　　　Defendants.
_____ )

## PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS
## TO FIRST INTERROGATORIES
## BY DEFENDANTS CROSBY, GIEBEIG, AND A.D. THORNTON[1]

Plaintiff, MARIO VALDES, by and through his undersigned counsel, pursuant to

Fed.R.Civ.P. 33, and the Court's Order of May 14, 2004, hereby provides his

Supplemental Answers to the First Interrogatories by Defendants Crosby, Giebeig, and

A.D. Thornton, and states:

---

[1] These responses are subject to the letter of counsel to Mr. Ellis dated May 26, 2004, in which a proposal
was made regarding the production of documents referenced in these answers. Upon response from Mr.
Ellis, Plaintiff will promptly work with defense counsel to provide whatever documents he requests as
mentioned in these answers; whether he already has them and wants additional copies or whether he
chooses to request only certain copies or requests an inspection.

5.  Agan, James Calvin, 043427, NFRC Main Unit

Altman, James, 101212, FSP Work Camp

Alvarado, Nathan, 186087, FSP

Ashley, James, 078962, FSP

Baptiste, Ronel, 427276, Okeechobee C.I.

Barron, Michael, 799993, NFRC Main Unit

Barry, John, 210235, FSP Main Unit

Bassett, Theodore, 071745, Union C.I.

Batista, Reinaldo, 399114, Federal Custody

Brannon, John, 029674, Union C.I.

Brown, Mickey, 055744, Everglades C.I.

Carneillo, Raye, 043613, Union C.I.

Campo, James, C763970

Cokley, Anthony, 239598, FSP

Costello, Danny, 075872, Everglades C.I.

Cross, Sirlanthian, 455564, Everglades C.I.

Davis, Sammy, 427161, FSP Main Unit

Defriest, Mark, 073061, Unknown-2, California

Delgado, Jesus, 658187, Union CI

Demps, William 091027, Out of Dept Custody by Court Order

Edeker, Darren, 751586, Cross City CI

Flores, Castro, 071965, Unknown

Frazier, Kelvin, 099699, FSP Main Unit

2

Geoppo, Stephen, 116873, Jefferson CI

Glenn, Jimmy, 063688, Charlotte C. I.

Gonzalez, Ricardo, 408719, Union C. I.

Groover, Tommy S., 088266, Union CI

Gross, Michael R., 072141, NFRC

Hanson, Raymon Courtney, 336 East Cornell, Tempe, AZ

Hopkins, Benjamin, 081282, Okeechobee C.I.

Israel, Connie Ray, 065135, Union C.I.

Joswick, John, 091895, FSP

Jerry, Charles, 137319, Out of Dept Custody by Court Order

Robert Krebs 082925, Out of Dept Custody by Court Order

Leach, Duane M., 098812, Union C.I.

Lespinasse, Lionel, 192818, FSP

McAndrew, Ron, 20390 The Granada, Dunnellon, Florida  34432

McCrae, Andrew, 1629 Hawthorne Road, Gainesville, FL 32641

McMaster-Wade, John, 037850, FSP

Martinez, Julio, 053602, FSP

Martinez, Odilla, 399238, FSP

Mathews, Jestine, 5703 NW Macedo Blvd., Port St. Lucie, FL

Mathews, Willie, 798495, Out of Dept. Custody by Court Order

Merritt, John, 058704, Gulf C.I.

Meyers, John, 084289, FSP

Mitchell, Reginald, 944777, FSP Mobley, Autley 061269, Charlotte C.I.

3

Pittro, Frank, 031264, Lake C.I.

Porkolab, Steve John, 104437, Out of Dept Custody by Court Order

Price, Dallas, 790752, Washington C.I.

Russell, Berry, 059544, FSP

Ruiz, Carlos, 086219, FSP

Shurick, Lewis, 200956, FSP

Skidmore, Danny, 067789, Martin C.I.

Smith, Michael L., 029881, Washington C.I.

Smith, Willie, 088879, FSP Main Unit

Tavanese, James, 081111, Washington C.I.

Tetro, Steve, 079831, FSP

Thompson, Torrence Keeshon, 118890, FSP Main Unit

Turner, John 036465, Hardee C.I.

Van Poyck, William, 274949, Out of Dept Custody by Court Order, VA

Williams, James H., 069297, Union C.I.

Plaintiff.

Plaintiff's experts.

All persons deposed orally or via document subpoenas in Mathews and/or
this action, or to whom public records requests were made.

14d.   Agan, James Calvin, 043427, NFRC Main Unit

Barron, Michael, 799993, NFRC Main Unit

Defriest, Mark, 073061, Unknown-2, California

Flores, Castro, 071965, Unknown

Geoppo, Stephen, 116873, Jefferson CI

Gross, Michael R., 072141, NFRC

Mathews, Willie, 798495, Out of Dept. Custody by Court Order

Price, Dallas, 790752, Washington C.I.

Tavanese, James, 081111, Washington C.I.

17c.    See attached chart labeled "Mathews – Inmate Grievances At FSP Re: Abuse/Assault".

18e.    See answer to Interrogatory no. 17c. Also, see, OIG Case Summaries, including DOC subpoenaed documents bates stamped Aug 7 2-20,  inmate grievances including DOC subpoenaed documents bate stamped Nov 27 186-675, Sept 4 1-957, July 18 1-37, June 10 4647-4911, OIG investigations concerning DOC discipline, including DOC subpoenaed docs bate stamped July 21 1-454, Aug 28 103-121, Dec 02 724-996, Dec 03 1150-1762, Jul 21 646-1007, 1183-1310, Aug 28 103-121, Investigation of suspicious inmate deaths, including DOC subpoenaed documents Bate Stamped Aug 15 1-138, incident reports at FSP from 1996 through July 18, 1999 including DOC subpoenaed documents Bate Stamped Aug 12 1-132, June 10 4489-4586, Leadership meeting minutes from Jan 1997 through July 18, 1999, FSP Staff opinion surveys including DOC subpoenaed documents Bate Stamped Aug 28 575-580, Risk management reports including DOC subpoenaed documents Bate Stamped Aug 28 684-936 and July 30 224-413, OIC meeting minutes from Jan 1997 through July 17, 1999, OIG Case Summaries, including DOC subpoenaed documents bates stamped Aug 7 2-20, Giebeig's case diary concerning the investigation of the Jestine Mathews complaint of abuse to her son Willie, letters written to or forwarded to Crosby alleging abuse bates stamped Jun 10 4664-4687.

19c.    The two wardens at FSP who immediately preceded CROSBY routinely videotaped cell extractions.  Giebeig personally conducted or supervised numerous cell extraction videos under the direction of Mr. McAndrew. With regard to other prisons who routinely videotape cell extractions, Plaintiff does not have a list of prisons who videotape, but has been advised by witnesses such as former warden McAndrew who advised that all prisons at which he had work previously videotaped cell extractions. Specifically, he advised that he taped cell extractions at Gulf Correctional Institution during the last year prior to his departure in September 1996, and he taped cell extractions at Central Florida Reception from 1998 until his retirement in 2001. Also, Plaintiff's expert, Chase Riveland, has stated that videotaping of cell extractions is a policy and procedure of many prisons nationwide.

| 19f. | 1254-58 | Memos 8-26-99 re: videotaped use of forces (instructions, etc) |
| | 1486 Jun 10 | 8-24-00 Memo from Denman to Vaughan re: memo from Crosby re: conflicting standards for videotaping use of chemical agents |
| | 1554 Jun 10 | Memo from Moore to al wardens re: begin new policies even though new procedure is not yet written |
| | 1637-1651 Jun 10 | 3-26-93 memo from O'Neill to Petrovsky re: videotaping use of forces |
| | 1766-1790 Jun 10 | Standards for Adult Correctional Institutions, 1982 |
| | 1982 | 10-19-99  memo advising of conducted training of staff members in use of camcorder, memo |
| | 2028 | 7-30-99 to Hemphill from Christie re: info on video cameras FSP |

| | |
|---|---|
| 2029 | Email 7-29-99 to Crosby advising of additional cameras purchase, memo to security staff from Christie 9-26-99 re: addition of a video camera between wing D and E |
| 3155-3156 | 10-7-98 Leadership Team Minutes - draft use of force rule about using video cameras for cell extractions, Crosby wants use of cameras to be at the warden's discretion, |
| 3165-3166 | Same as 3155-3156 except that Crosby wrote in "Colonel was told to draft rule to comply with "Department" policy, camera to be added when new "draft" is signed off on by C.Z." |
| 3360-3362 | 11-17-98 memo from Crosby re: cameras |
| 3446-3447 | 2-9-98 Leadership meeting minutes  - camera project |
| 0077-93 | Cell extraction P&P draft for Forced cell extraction 7-19-99 |
| 206 | Email 5-12-97 McAndrew/Upchurch re: video security system survey. X-wing has on camera all wings are monitored at the confinement lt's office and control room |
| 222-246 Dec 23 | DOC Rules – Inmate Discipline |
| 247-319 Dec 23 | Inmate Discipline Procedures |
| 320-500 Dec 23 | Close Management policy and procedures |
| 941-956 Dec 27 | Chapter 5 Personnel Procedures Manual – |
| 0005-0046 Jul 21 | Policy and Procedure for Use of Force |
| 0049 Jul 21 | FSP Leadership meeting 10-7-98 Discussion about camera |

House of Representatives report dated October 5, 1999.

20c.   Documents responsive to this request would be Crosby's handwritten notes after cell extraction, log books, daily record of segregation, incident reports dated

7

July 17, 1999, use of force reports dated July 17, 1999, clinic logs dated July 17, 1999,

Valdes medical records, sworn statements of Defendants taken by FDLE, sworn

statements of witnesses taken by FDLE, undercover wire tap of McEachern and Burger,

criminal trial testimony, DOC/FSP policy and procedures, DR written against Valdes

dated July 17, 1999, Raymond Hanson immunity statement, Defendant's personnel files,

OIG reports concerning investigation of inmate grievances, and Ron McAndrew's sworn

statement.

     The following are witnesses to the July 16 and 17, 1999 incidents which

are the subject of the claim of violation of the 8th Amendment:

     Agan, James Calvin 043427, NFRC Main Unit

     Altman, James 101212, FSP Work Camp

     Alvarado, Nathan, 186087, FSP

     Ashley, James, 078962, FSP

     Baptiste, Ronel 427276, Okeechobee C.I.

     Barron, Michael 799993, NFRC Main Unit

     Barry, John 210235, FSP Main Unit

     Bassett, Theodore071745, Union C.I.

     Batista, Reinaldo 399114, Federal Custody

     Beck, Dewey, c/o Marty Fitzpatrick, 215 South Monroe Street,
     Tallahassee, FL

     Brannon, John 029674, Union C.I.

     Brown, Charles, c/o Marty Fitzpatrick, 215 South Monroe Street,
     Tallahassee, FL

     Brown, Mickey 055744, Everglades C.I.

Burger, Jimmie c/o Ray Poole, P.O. Box 41099, Jacksonville, FL  32203-

Carneillo, Raye 043613, Union C.I.

Campo, James, C763970

Cokley, Anthony 239598, FSP

Costello, Danny 075872, Everglades C.I.

James Crosby, c/o Rob Ellis, 815 South Main Street, Suite 300
Jacksonville, FL  32207

Cross, Sirlanthian 455564, Everglades C.I.

Davis, Sammy 427161, FSP Main Unit

Defriest, Mark 073061, Unknown-2, California

Delgado, Jesus, 658187, Union CI

Demps, William 091027, Out of Dept Custody by Court Order

Edeker, Darren, 751586, Cross City CI

Fletcher, Gloria, Esq., 719 NE 1st Street, Gainesville, FL 32601

Flores, Castro 071965, Unknown

Frazier, Kelvin 099699, FSP Main Unit

Geoppo, Stephen 116873, Jefferson CI

Giebeig, Tim, c/o Rob Ellis, 815 South Main Street, Suite 300
Jacksonville, FL  32207

Glenn, Jimmy 063688, Charlotte C. I.

Gonzalez, Ricardo 408719, Union C. I.

Griffis, Jason Patrick, 715 Clipshot Drive, Macclenny, Florida 32063

Groover, Tommy S. 088266, Union CI

Gross, Michael R. 072141, NFRC

Hanson, George Richard, Rt. 1 Box 158, Raiford, Florida 32083

Hanson, Raymon Courtney, 336 East Cornell, Tempe, AZ

Hopkins, Benjamin 081282, Okeechobee C.I.

Israel, Connie Ray 065135, Union C.I.

Johnson, Bill, Esq., 719 NE 1st Street, Gainesville, FL 32601

Joswick, John, 091895, FSP

Jerry, Charles 137319, Out of Dept Custody by Court Order

Krebs, Robert 082925, Out of Dept Custody by Court Order

Leach, Duane M. 098812, Union C.I.

Lespinasse, Lionel 192818, FSP

Lewis, Andrew, c/o Andrew Vloedman, 2790 NW 43rd Street, Ste 200, Gainesville, FL  32606

Lucas, Montrez, 3972 Wainwright Way, Daytona Beach, FL 32124

McEarchern, Denise, P.O. Box 1164, Starke, Florida 32061

McMaster-Wade, John, 037850, FSP

Martinez, Julio, 053602, FSP

Martinez, Odilla, 399238, FSP

Mathews, Willie 798495, Out of Dept. Custody by Court Order

Merritt, John 058704, Gulf C.I.

Meyers, John 084289, FSP

Mitchell, Reginald 944777, FSP Mobley, Autley 061269, Charlotte C.I.

Pittro, Frank 031264, Lake C.I.

Porkolab, Steve John 104437, Out of Dept Custody by Court Order

Price, Dallas 790752, Washington C.I.

Rash, Robin, 109 Dellwood Avenue, Palatka, Florida 32177

Russell, Berry, 059544, FSP

Ruiz, Carlos, 086219, FSP

Sauls, Robert, c/o Marty Fitzpatrick, 215 South Monroe Street, Tallahassee, FL

Shurick, Lewis, 200956, FSP

Skidmore, Danny 067789, Martin C.I.

Smith, Michael L. 029881, Washington C.I.

Smith, Willie 088879, FSP Main Unit

Stanford, Donald, c/o Marty Fitzpatrick, 215 South Monroe Street, Tallahassee, FL

Tavanese, James 081111, Washington C.I.

Tetro, Steve, 079831, FSP

Thompson Torrence Keeshon 118890, FSP Main Unit

Thornton, A.D., c/o Rob Ellis, 815 South Main Street, Suite 300 Jacksonville, FL 32207

Thornton, Timothy, c/o Marty Fitzpatrick, 215 South Monroe Street, Tallahassee, FL

Turner, John 036465, Hardee C.I.

Van Poyck, William, 274949, Out of Dept Custody by Court Order, VA

Welborne, Paul, PBA, 486 North Temple Ave, Starke, FL

Williams, James H. 069297, Union C.I.

The following witnesses have knowledge concerning prior inmate abuse,

the culture at Florida State Prison, and/or videotaping:

McAndrew, Ron, 20390 The Granada, Dunnellon, Florida 34432

11

McCrae, Andrew 1629 Hawthorne Road, Gainesville, FL 32641

Bradley, Reverend, Bethel Baptist Institutional Church, 215 Bethel Baptist Street, Jacksonville, FL

Mecusker, Patricia, Wakulla CI

Adams, Keith, 4127 NW 27th Avenue, Gainesville, Florida 32606

Alexander, Thomas M., 3338 Platinum Ct., Middleburg, Florida 32068

Anderson, Kenneth E., P.O. Box 332, Keystone Heights, Florida 32656

Beck, Dewey, 1908 NE 17th Drive, Gainesville, Florida 32609

Brown, Charles Route 5, Box 7114, Starke, Florida 32091

Brown, George, 615 NE 10th Street, Gainesville, Florida

Bullivan, Drexel, P.O. Box 15073, Gainesville, Florida 32604

Burger, Jimmie c/o Ray Poole, P.O. Box 41099, Jacksonville, FL 32203-

Butler, Nicholas, 337 N 7th Street, Macclenny, Florida 32063

Chastain, Tim, Rt. 1 Box 220, Raiford, Florida 32083

Christie, Alton Price, Rt. 7, Box 316, Lake City, Florida 32055

Christie, Julie, P.O. Box 375, Hampton, Florida 32044

Clark, Jimmie, C/o, Union Correctional Institute, P.O. Box 221, Raiford, Florida 32083

Coleman, Thomas E., Rt. 5 Box 7742, Starke, Florida 32091

Coley, John Edward, Rt. 2 Box 1565H, Starke, Florida 32091

Combs, Wilbur, Rt. 1 Box 219, Raiford, Florida 32083

Cooley, Joyce, 6004 NW 221st Street, Lawtey, Florida 32058

Crosby, James V. Regional 2 Director, Route 5, Box 5926, Lake Butler, Florida 32054

Davidson, Gregory L., 301 Azalea Avenue, Interlachen, Florida

Davis, Joe, M.E. Retired, Miami, Florida

Davison, Keith W., 6052 NW CR 125, Lawtey, Florida 32058

Drawdy, Larry W., Rt. 5 Box 5908, Ft. White, Florida 32038

Duncan, Greg A., P.O. Box 01, Olustee, Florida 32072

Edwards, Thomas M.D., 326 San Juan Drive, Ponte Verde, Florida 32084

Fell, John Rogers, P.O. Box 423, Raiford, Florida 32083

Giebeig, Tim, C/o, Union Correctional Institute, P.O. Box 221, Raiford, Florida 32083

Griffis, Jason Patrick, 715 Clipshot Drive, Macclenny, Florida 32063

Green, Stacy, P.O. Box 2150, Raiford, Florida 32091

Greene, John Slade, Rt. 1, Box 3565, White Springs, Florida, 32096

Hamilton, Sharon D. 20806 NE 17th Street, Lawtey, Florida 32040

Hanson, George Richard, Rt. 1 Box 158, Raiford, Florida 32083

Hanson, Raymon Courtney 336 East Cornell, Tempe, AZ

Hayes, Dave, C/o, Union Correctional Institute, P.O. Box 221, Raiford, Florida 32083

Horler, Rhonda, c/o DOC 2501 Blairstone Rd, Tallahassee, FL.

Howard, Alvin B., 5539 Lassen St., Keystone Heights, Florida, 32656

Hudnall, Mary, Rt. 1, Box 473, Lake Butler, Florida 32054

Hugh, Henry Howard, 5375 Coachwhip Drive, Keystone Heights, Florida 32656

Jordan, Tyrone Leon, Rt.2, Box 213, Lake Butler 32054

Kuenn, Ora, DOC Student

Lane, Keith Allen, Rt.2 Box 2305, Glen St. Mary, Florida 32040

Lewis, Andrew, Route1, Box 186, Raiford, Florida 32083

Long, Frank, Route 2 Box 2970, Starke, Florida

Long, Roger, 1024 Butler Road, Starke, Florida

Lucas, Montrez, 3972 Wainwright Way, Daytona Beach, Florida 32124

Maddox, Phillip Eugene, 430 Circle Drive, Lake City, Florida 32055

Manning, Jr. Robert Terrell , Rt. 1 Box 188, Raiford, Florida 32083

Mason, RyanRt.1 Box 140, Raiford, Florida 32083

McDougal, Rodney, 2413 Ambrosia Drive, Middleburg, Florida

McEarchern, Denise, P.O. Box 1164, Starke, Florida 32061

MeCusker, Megan, Route 4 Box 2631, Lake Butler, Florida

Mergaugey, Hedley, 2445 Silver Moss Circle, Middleburg, Florida 32068

Moore, Michael W., Department of Corrections, 2601 Blairstone Road, Tallahassee, Florida 32399

Morris, Robert E., Rt. 1 Box 982, McClenny, Florida

Mosley, William Edward, Rt.2 Box 1890, Glen St. Mary, Florida 32040

Murphree, Walt, Department of Corrections, 2601 Blairstone Road, Tallahassee, Florida 32399

Nevitt, Michael L., 711 Glendale St., Starke, Florida 32091

O'Neill, Kevin Michael, P.O. Box 613, Starke, Florida 32091

Padgett, Daren, P. O. Box 692, Middleburg, Florida. Physical address: 4084 Deer Trail, Middleburg, Fl.

Palmer, John Mcillwaine, Rt. 5 Box 5776, Lake Butler, Florida 32054

Paul, Brian J.,3141 Aquila Court, Middleburg, Florida 32068

Paxson, Garry R., P.O. Box 301 Hwy16 Raiford, Florida 32083

Pearce, Oscar Eugene, Rt.5 Box 7806, Starke, Florida 32091

Porter, Kevin, 2404 SE 10th Avenue, Gainesville, Florida 32641

Rash, Robin, 109 Dellwood Avenue, Palatka, Florida 32177

Redd, Mark Alan, Rt. 5, Box 4070, Lake Butler, Florida 32054

Redding, Edward Leon, Rt.4, Box 3291, Lake Butler, Florida 32054

Reynolds, David Anthony,  Rt. 2 Box 810, Lake Butler, Florida 32054

Richardson, Leonard F., Rt. 1 Box 142, Raiford, Florida 32083

Rizer, Daniel Jonathan, P.O. Box 373, Sanderson, Florida 32087

Roberts, Helen, 5130 Mallard Road, Middleburg, Florida 32068

Rosier, Robin, Route 1, Box 3637, Glen St. Mary, Florida 32040

Sanders, Martin Conway, Rt. 2, Box 1185, Starke, Florida 32091

Sapp, George B., Taylor Correction, Route 1 Box 1086, 8501 Hampton Springs Road, Perry, Florida 32348

Sauls, Robert, 7933 Sunnybrook Road, Melrose, Florida 32666

Schenck, Jack, C/o, Department of Corrections, 110 SE 1st Street, Gainesville, Florida 32606

Scott, Andrew B., 500 South Chaffee Road, Lot 98, Jacksonville, Florida 32254

Selyutin, Viktor MD, Rt. 1 Box 86, Raiford, Florida 32083

Shuford, Joseph, P.O. Box 139, Lawtey, Florida 32058

Shockley, Charles, Florida Department of Corrections, 2601 Blairstone Road, Tallahassee, Florida 32399

Sobach,  Ed, C/o, Department of Corrections 2601 Blairstone Road, Tallahassee, Fl 32399

Spence, Donald J. 7015 NW 47th Terrace, Gainesville, Florida 32653

Stanford, Donald Marce, 212 Evergreen Lane, Middleburg, Florida 32068

Starling, Lonnie Jene, Rt. 2 Box 463-B, Macclenny, Florida 32063

Sullivan, Shannon T., P.O. Box 631, Prison Bachelors Quarters, Lake Como, Florida 32157

Thornton, Aubrey Dale, 22527 NW 77th Avenue, Raiford, Florida 32083

Thornton, Timothy A, 660 Glendale Street, Starke, Florida 32091

Tricocci, Steven, P.O. Box 252, Raiford, Florida 32226

Varnadore, Dallas Jake, P.O. Box 6782, Jacksonville, Florida 32226

Waddell, Barbara, C/O, Union Correctional Institute, P.O. Box 221, Raiford, Florida 32083

Ward, Joe, C/O, Department of Corrections, 110 SE 1st Street, Gainesville, Florida 32606

White, Ronnie, Columbia Correction, Route 7, Box 376, US 90, Lake City, Florida 32055

Whitfield, Jessie, C/O, Department of Corrections, 110 SE 1st Street, Gainesville, Florida 32606

Williams, Daren Keith, Referenced as D.K. Williams, 23018 NW 41st Avenue, Lawtey, Florida 32058

The following FSP medical providers have knowledge of prior inmate abuse, falsification of documents, violations of policy and procedure pertaining to suicide cells, self inflicting injuries, and other medical policies, using medical forms to match injuries to use of force reports,

Burger, Jimmie c/o Ray Poole, P.O. Box 41099, Jacksonville, FL 32203-

Hudnall, Mary c/o ray Poole, P.O. Box 41099, Jacksonville, FL 32203-

Martin, Verrell, Route 2, Box 763-H10, Lake Butler, FL

McEachern, Denise c/o Ray Poole, P.O. Box 41099, Jacksonville, FL

Rash, Robin c/o Ray Poole, P.O. Box 41099, Jacksonville, FL 32203-

Selyutin, Viktor, MD, Rt 1 Box 86, Lake Butler, FL

**CERTIFICATION BY PLAINTIFF**

_Mario Valdes_

STATE OF FLORIDA:
COUNTY OF Miami-Dade

    BEFORE ME, the undersigned authority, personally appeared, who is personally known to me, or who has produced FL-DL V432-592-31-026-0, as identification, and who, having been duly sworn, states that he has answered the foregoing Interrogatories to the best of his knowledge, information and belief.

    SWORN TO AND SUBSCRIBED before me this 21 day of May, 2004.

_Notary Public_

My Commission Expires: _____

Debbie Alien
Commission #DD09398
Expires May 24, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

17

## CERTIFICATION BY PLAINTIFF

_____
Mario Valdes

STATE OF FLORIDA:
COUNTY OF Miami-Dade

BEFORE ME, the undersigned authority, personally appeared, who is personally

known to me, or who has produced FL-DL V932-592-31-085-0, as identification, and who,

having been duly sworn, states that he has answered the foregoing Interrogatories to the

best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this 28 day of May 2004.

_____
Notary Public

My Commission Expires: _____

Debbie Aliaga
Commission #DD305118
Expires: Mar 24, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

17

**AS TO OBJECTIONS:**

Guy Bennett Rubin, Esq.
Florida Bar No. 691305
Stuart M. Address, Esq.
Florida Bar Number 989606
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995
Tel.: (772) 283-2004
Fax: (772) 283-2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct **copy** of the foregoing has been furnished by US regular **Mail and** via facsimile to: **Martin Fitzpatrick**, Esq., Broad & Cassel, 215 South Monroe **Street**, Suite 400, Tallahassee, Florida 32301, **Robert Ellis**, Esq., Gobelman, Love, Gavin et als., 815 South Main **Street**, Suite 300, Jacksonville, Florida 32207, **John F. Dickinson**, Esq., Constangy, Brooks & Smith, P.O. Box 41099, Jacksonville, Florida 32203-1099, **Andrew Vloedman, Esq.**, NW 43rd Street, Ste 200, Gainesville, FL 32606; this _26th_ day of May, 2004.

Guy Bennett Rubin, Esq.
Florida Bar No. 691305
Stuart M. Address, Esq.
Florida Bar Number 989606
Rubin & Rubin
Post Office Box 395
Stuart, Florida 34995
Tel.: (772) 283-2004
Fax: (772) 283-2009

# MATHEWS
## INMATE GRIEVANCES AT FSP
### RE: ABUSE / ASSAULT

| Bates Nos. | ID Date | Victim | Guards/ Subjects | Alleged Abuse | Outcome |
|---|---|---|---|---|---|
| PR 279-280 | 07/03/99 | Numerous Guards | Mathews, Jerry, Cross, etc. | Assault on CO | prosecuted |
| PR 281 | 08/21/95 | Robert Fed | Mathews | Assault on CO | prosecuted |
| PR 282 | 07/15/99 | Mathews | Not named | Justine tells Geibeig Mathews was beaten by 5 officers on 7/9/99 | Details could not be corroborated |
| PR 283 | 07/05/95 | Skritch | Richard Wood | Wood slammed Skritch's head into bars | None listed |
| PR 284 | 07/05/95 | Skritch | Schauble | While enroute to NFRC Schauble entered van and struck Skritch in the face | Skritch failed polygraph |
| PR 285 | 07/31/95 | John Bradley | WR Hall, Coley | Guards beat him up after he refused to submit to their orders | None listed |
| PR 286 | 08/17/95 | Skritch | Schauble, Wood, White | Skritch alleged staff abused him while returning from clinic, injury noted | Shift supervisor notified |
| PR 287 | 08/26/95 | George Jenkins | Wilson, Zipperer | Beat up during cell search | Guards denied allegations |
| PR 288 | 09/03/95 | George Jenkins | TJ Ford | Jumped on by 3rd shift staff, said they broke his jaw and nose | Medical exam revealed no injury |
| PR 289 | 09/29/95 | George Jenkins | Unnamed | 3rd shift black sergeant jumped him | Medical exam revealed injury to be self inflicted, report filed |
| PR 290 | 11/05/95 | Ernest Brown | Jason Grifis | Griffis dumped him out of his wheelchair | Griffis received a |

| | | | | | and **struck** him | reprimand |
|---|---|---|---|---|---|---|
| PR 291 | 11/27/95 | Donald Perry | Christie | | While **breaking** up a fight, **guards** lifted Perry **up** and threw him **to the** floor, received several **injuries** including broken **tooth** | None listed |
| PR 292 | 01/23/96 | Willie Knight | Willie Archie | | **After being** handcuffed for a cell search, Archie punched him in the jaw | None listed |
| **PR 293** | 05/25/96 | Julio Martinez | Griffis, Palmer, Chad Thornton | | **Physical** Abuse | Unsubstantiated |
| PR 294 | 05/15/96 | Greg Williams | Barton, Jones, Cochran | | **Struck, kicked** and **slapped by** officers | Unsubstantiated |
| PR 295 | 06/05/96 | Alfred Nelson | Staten, Wood, Moody | | **Tried to break** his arm through **food** flap, burned with lighter | unsubstantiated |
| PR 296 | 06/05/96 | Clarence Martin | Staten, Wood, Moody | | **Alleges he** was beaten by staff on 6/5 | unsubstantiated |
| **PR 297** | 06/13/96 | Skritch | Crockett, Raulerson | | Skritch **refused** orders, pulled **away** from guards, **slipped** and fell, **Skritch** alleged brutality | None listed |
| PR 298 | 06/05/96 | Alfred Nelson | Staten, Moody, Wood | | Same **as PR** 295 | |
| PR 299 | 06/09/96 | Alfred Nelson | Staten Wood, Moody | | Staten **jumped** him while **returning** from medical | unsubstantial ted |
| PR 300 | 07/01/96 | Wrisper Nebuchadrez | McDougal, Schaugle, Wood | | Guards **struck** him with **closed** fists and feet | unsubstantial ted |
| PR 301 | 07/17/96 | K. Mack | NE Viola | | Closed **cell** door on his arm | None listed |
| PR 302 | | Tyrone Rahmings | Staten | | Abuse **by** staff | unsubstantial ed |
| PR 303 | 07/13/96 | Gerardo Vidal | Moody, Nelson | | Moody **punched** him in the **face** & mouth & | None listed |

|  |  |  |  | punched him in the ribs |  |
|---|---|---|---|---|---|
| PR 304 | 02/19/96 | Mark Lotz | Zook, Ruise | During transport to FSP, assualted in vehicle | None listed |
| PR 305 | 2/19/96 | Mark Lotz |  | Same as PR 304 |  |
| **PR 306** | 06/29/96 | Gary Simmons | McDougal, Staten, Wood | Use of Force, Slater shoved him down flight of stairs, then all jumped him and punched him back, side and stomach | None Listed |
| **PR 307** | 07/18/96 | Eddie Doctor | Beck, Adams, Henderson | Punched in torso, stomped on head, struck in ribs, shoved into a door | None Listed |
| PR 308 | 08/13/96 | R. Giallard | Shipley, Bond, Kontaxis | Staff beat him while being escorted from Q wing | Staff denied allegations |
| PR 309 | 08/12/96 | D. Primm | J. Coley | Assault | None Listed |
| PR 310 | 08/07/96 | James Campo | Jones | Death Threat | None Listed |
| **PR 311** | 05/01/96 | N Johnson | Sauls, Richardson, Baird | Entered his cell, jumped him, hit him in face and body | None Listed |
| PR 312 | 08/26/96 | Myron Davis | Tyler Thomas | Punched in face and slung against a wall while leaving major's office | Use of force, officers deny abuse, say inmate hit guard |
| **PR 313** | 08/28/96 | T Fuse | Luke, Henderson, Mason | Coming back from DR court, was pushed into shower and punched in stomach | None listed |
| PR 314 | 09/09/96 | D Byrd | V Owens | Refused to put hands back in cell so Owens grabbed his hands and twisted them back | None Listed |
| PR 315 | 09/09/96 | D. Perry | Caddell, Palmer | Called names and hit in face | None listed |
| PR 316 | 09/13/96 | D Perry | Norman, Oferrell, Parker | Pulled into property room and jumped him for spitting on Palmer | None Listed |
| PR 317 | 09/10/96 | T Fuse | R .Kennedy | After being handcuffed he was | None Listed |

| | | | | kicked in the back twice | |
|---|---|---|---|---|---|
| **PR 318** | 09/18/96 | R Giallard | J Griffis | Griffis took him behind control room and hit him in face, back and chest and choked him | None listed |
| PR 319 | 09/18/96 | Bobby Ruise | Meadows, Dobbs | While removing leg irons, inmate kicked Meadows in the leg, Meadows pushed inmate forcing him to hit locker | Meadows suspended 20 days, Dobbs suspended 10 days |
| **PR 320** | | James Campo | Sauls, Jones, Baird | Physically abused, witnessed other abuse, denied medical | unsubstantiated |
| **PR 321** | 09/04/96 | Jesse Lang | Saul, Beard, Watson, Fontenot, Brown, Donald | Assaulted by subjects | None listed |
| PR 322 | 09/22/96 | M Finch | J Nelson | Nelson reports that during cell search, Finch was beligerent and refused to be pat searched. Finch hit Nelson in head. | None listed |
| PR 323 | 09/27/96 | Leonard Carroll | Turner, Parker, Ruby | While in clinic was assaulted by Turner | Unsubstantiated |
| **PR 324** | 10/09/96 | Doyle WIlliams | Oliver, Wright, Parker | Beaten in holding cell by three officers upon arrival to FSP. Willie was listed as a witness | None listed |
| PR 325 | 10/10/96 | Ralph Pryor | Frantz, Taylor, Martin | Martin entered his cell and pushed him against a window | None listed |
| PR 326 | 09/30/96 | David Mullings | Weiland | Cell extraction team beat him brutally on face, sides and head | None listed |
| PR 327 | 10/17/96 | Tony Nealy | Frantz, Taylor, Martin | While Nealy was entering shower, Martin struck him in face, ear, stomach | None listed |
| PR 328 | 10/12/96 | | | Assault not at FSP | |
| PR 329 | 10/20/96 | Scott | Garland and | Was escorted to room | None listed |

|  |  | Lafebvre | two unnamed officers | in corridor E and was beaten on side of head, stomach, leg |  |
| --- | --- | --- | --- | --- | --- |
| PR 330 | 10/09/96 | Clarence England | Thomas, Giebeig | England was intoxicated and alleged someone hit him while he was in clinic. Said they broke his shoulder | None listed |
| PR 331 | 10/24/96 | Bruce Jackson | Green | Was pushed from behind while leaving the shower, unsure who pushed him | None listed |
| PR 332 | 10/30/96 | Randall Jones | Henry | Henry struck Jones in the chest causing him to strike his head against wall | None listed |
| PR 333 | 10/30/96 | Ellis Cuningham | Owens, Kennedy, Stanford | Kennedy pushed him off stairwell | None listed |
| PR 334 | 10/21/96 | Darrell Stewart | Crews | Crews grabbed Stewart by arm and assaulted him because he questioned an order | None listed |
| PR 335 | 11/03/96 | Cordy | Martin | Martin struck Cordy in face | None listed |
| PR 336 | 11/07/96 | Hunt | Bell | Physical abuse | None listed |
| PR 337 | 11/30/96 | Flores | Wood, Clevinger | Wood struck Flores on jaw with fist and cracked his tooth | None listed |
| PR 338 | 08/31/96 | Furqan | Martensen, Musselman | Assault | None listed |
| PR 339 | 12/23/96 | Lang | Beck, Henderson | Punched in stomach and chest | None listed |
| PR 340 | 12/25/96 | Darrell Stewart | Seeber, Coleman, Coley | Coley punched, choked, slapped him causing him to fall and strike his face | unsubstantiated |
| PR 341 | 12/06/96 | Kelvin Frazier | Green, Wood, Sprow | Placed in strip cell for 24 hours in retaliation for assaulting Green | No injury |
| PR 342 | 01/14/97 | Medina | Jones | Assault | Jones said Medina was |

| | | | | | acting unruly and refused to exit transport van and struck head on door |
|---|---|---|---|---|---|
| PR 343 | 01/19/97 | Rivera | Adkins, Crockett | Said force was used against him and he was not sent to clinic, said force was used after he returned from clinic after another use of force | None listed |
| PR 344 | 01/14/97 | Furquan | Lindsay, Bonsall, Musselman | Musselman grabbed him by arm and pinned him against wall, harassed him | Unsubstantiated |
| PR 345 | 01/17/97 | Bobby Washington | Wood, Burdette | Assault | Wood used force to prevent injury as Washington was agressor |
| **PR 346** | 01/22/97 | Rivera | Hall | Assaulted by Hall and was refused medical | No injuries, witnesses deny |
| PR 347 | 01/30/97 | Garcia | Meadows | Meadows grabbed him by around throat trying to choke him and punched him in the leg numerous times | No injuries, witnesses deny |
| PR 348 | 12/30/96 | Martin | Self, Palmer, Parker | Assaulted for no reason, injuring his head | No witnesses, no injury |
| PR 349 | 02/05/97 | Meissner | Griffis, Glenn, Johnson | Assaulted, threatened | No injuries |
| PR 350 | 01/02/97 | Cabaleiro | Silcox, Garland | Beat and assaulted | Time elapsed |
| PR 351 | 02/10/97 | Nealon | Chastain | Physically abused | No witnesses |
| PR 352 | 02/06/97 | Reginald Williams | Coley | Was abused after refusing to shower | Use of force, no injuries, Williams received DR |

| | | | | | for refusing to follow orders |
|---|---|---|---|---|---|
| **PR 352** | 02/20/97 | Quilling | Davis, McCall, Stafford | Physically assaulted by transport staff upon being received at FSP | No injuries |
| **PR 353** | 02/15/97 | Reyome | Griffis | Was returning from pre-confinement physical and was assaulted by Griffis | No injury- time elapsed |
| **PR 354** | 02/15/97 | Reyome | Griffis | Assaulted, harassed | No injury – time elapsed |
| PR 355 | 02/24/97 | Hawthorne | Bell | Unauthorized force and sexual assault | No injury, no witnesses |
| **PR 356** | 02/26/97 | Hess | Garland, Hall | Slapped in face, hit in stomach and kidneys because he was convicted of a sex crime | unsubstantiat ed |
| PR 357 | 02/24/97 | Hawthorne | Wright | Assault | Documented use of force |
| PR 358 | 02/26/97 | Hess | Garland | Hit in facial area, stomach and back | Documented use of force, no injuries |
| **PR 359** | 03/07/97 | Willie Neal | Griffis, Lewis, Garland | Upon receipt to FSP, assaulted in a holding cell, then in clinic | unsubstantiat ed |
| PR 360 | 03/22/97 | Cruz | | Assaulted by unknown 3rd shift staff | No subjects |
| PR 361 | 03/15/97 | Lang | Pearce | Pearce slammed his head into holding cell | Elapsed time |
| PR 362 | 03/20/97 | Gardner | Wilson, Hall. Beeman | Mother notified secretary's office that her son was beaten | Use of force |
| PR 363 | 04/10/97 | Washington | Green, Schauble, Whitaker | Whitaker grabbed him around the neck for no reason | No injuries, no witnesses |
| PR 364 | 03/20/97 | Lang | Archie | Archie struck Lang in eye | No injuries, no witnesses |
| PR 365 | 04/01/97 | Neilson | Davis | Davis hit him on leg with flashlight while waking him up | No injury, no witnesses |
| PR 366 | 04/01/97 | Neilson | Davis | Same as PR 365 | |
| PR 367 | 03/23/97 | Kurt Smith | Chastain | Used mace without advising Smith they would be administered | No injury, no witnesses |

| PR 368 | 04/27/97 | Douglas Jackson | Howard | Pushed him down the stairs | No injury, no witnesses |
|--------|----------|-----------------|--------|---------------------------|-------------------------|
| PR 369 | 05/12/97 | Lang | Archie | Slapped in left eye | No injuries, no witnesses |
| PR 370 | 05/12/97 | Tibbetts | Thomas, Hanson | Use of Force | Use of Force |
| PR 371 | 05/06/97 | Watkins | Padgett, Coley | Assaulted, threatened | No injury |
| PR 372 | 05/14/97 | Bowers | Parker | Parker pushed him down causing injury to back and leg | None listed |
| PR 373 | 05/28/97 | Washington | Adams | Adams grabbed his arm and pushed it backwards | No injury, no witnesses |
| PR 374 | 05/28/97 | Giallard | Dean | Hit several times in mouth with closed fist | Injury inconsistent with allegation |
| PR 375 | 06/11/97 | Lance | Plummer | Escorted to bathroom and hit with open hand | No injury, no witnesses |
| PR 376 | 06/12/97 | Furqan | Musselman | Pushed down hall | No injury |
| PR 377 | 05/01/97 | Bowen | Parker | Grabbed and twisted arm | No injury, no witnesses |
| PR 378 | 06/25/97 | Jeff Neal | Shipley | While being escorted officer shoved hi from behind, threw him to the floor, and punched him in the head | Use of force incident |
| PR 379 | 06/23/97 | Washington | Ruby, Hall | Jumped on him and kicked and beat him in stomach and head, | No injuries, no witnesses |
| PR 380 | 06/28/97 | Patrick | Kennedy | Kennedy slapped him and pushed him into the wall | No evidence |
| PR 381 | 07/03/97 | Curry | Shipley | Assaulted during cell search | No injury, no witnesses |
| PR 382 | 07/17/97 | Davis | Archie, Martin | Came in to cell and hit him several times in neck and ribcage | No injury, no witnesses |
| PR 383 | 7-7-97 | Cortez | Unknown | Escorted to shower where he was assaulted | No injury, No witnesses |
| PR 384 | 8-4-97 | Foreman | Hall | Kicked by Offc. Hall | Old injury, no witness |

| PR 385 | 5-1-96 | Foster | Poston | Injected with unwarranted substances at dentist 5-96/6-96 | No injury, no witness |
|---|---|---|---|---|---|
| PR 386 | 8-15-97 | Franklin | Doyles | Inmate Franklin told Lewis that Doyles assaulted him. | No witness, No injury |
| PR 387 | 8-30-97 | Larocca | Harrelson | Unnecessary force was used to put on handcuffs | No witness, No injury |
| PR 388 | 9-4-97 | Mullins | Dean | Was kicked and punched about the head and stomach, back for no reason | No witness, No injury |
| PR 389 | 9-3-97 | Hall | Dean, Anderson | Was kicked in the head and back areas | Observed injury consistent w/ allegation |
| PR 390 | 9-8-97 | Rivera | Shipley, Jones | Physically assaulted in property room | No Corraborative injury |
| PR 391 | 9-11-97 | Skritch | | I/M alleges that Henderson set his cell on fire & slammed his cell door flap on his arm. Adams & Wells were present, did not observe wrongdoing by Henderson | No injury |
| PR 392 | 9-12-97 | Washington | Griffis, Burns | Was punched & kicked about head, back, ribs, stomach. | Use of Force Incident. I/M refused treatment so no record of injury |
| PR 393 | 9-16-97 | Browning | Reneau, Parker, Archie | Beaten in cell, taken to shower kicked & beaten more, threatened life & to cut him w/ knife | Copies of requested documentation received 3-4-98 |
| PR 394 | 9-28-97 | Hopkins | Washington | Said he was assaulted on 9-27 in clinic, records show I/M was not at clinic on that day | Dr. written, records reflect was not in clinic |

| PR 395 | 10-1-97/ 10-5-97 | Garcia | Dean | Says he was assaulted on three different occasions in his cell | No injuries, will be upgraded if witnesses confirm |
|---|---|---|---|---|---|
| PR 396 | 10/09/97 | Joswick | Shipley, Crews | Struck about 12 times in face and back | No injuries noted |
| PR 397 | 08/21/97 | Trujillo | Thornton, Lyndsay | While in transport to FSP, Thornton asked questions about incident requiring his transfer, he hit him in face and head, Lyndsay also slapped inmate | No injuries, no witnesses |
| PR 398 | 10/22/97 | Rodney Smith | Shipley, Ruise, Dobbs | Shipley used unnecessary force on him | Unsubstantiated |
| PR 399 | 10/22/97 | Shipley | Ruise | Shipley said Ruisa was unprofessional and hostile towards him in the presence of other staff and inmates | Same as PR 398 (investigated together) |
| PR 400 | 10/28/97 | Darrell Smith | Keen | Keen closed door to fast causing it to hit Smith's arm | Deen denies, no injury |
| PR 401 | 10/21/97 | Luis Rivers | Wright, Crews, Thornton | Ina use of force, Wright kicked inmate in face 10 times | Unsubstantiated |
| PR 402 | 10/28/97 | Mullings | Griffis, Dean, Charney | Physically beaten | Use of force, no evidence of abuse, superficial injuries from use of force |
| PR 403 | 11/10/97 | Peterson | Ruby | Ruby pushed him down causing him to hit his back on floor | Witness (an officer) denies |
| PR 404 | 11/06/97 | McKinney | Dean, Shipley, Runkle | After verbal altercation, Dean punched him in the face | Unsubstantiated |
| PR 405 | 11/21/97 | Skritch | Pearce | Pearce took him | No injury, no |

| | | | | behind control room and beat him in back and ear | witnesses |
|---|---|---|---|---|---|
| PR 406 | 10/28/97 | Mullings | Griffis, Dean, Charney | Claims he was assaulted during use of force | Reported use of force |
| PR 407 | 06/06/97 | Hunnicutt | Weiling | Requested wheelchair, was denied and pepper sprayed, Weiling threatened him | Allegation 6 months old, no injury |
| PR 408 | 11/20/97 | Defriest | Lyndsay, Shipley, marcus | Beaten. denied medical | unsubstantiated |
| PR 409 | 12/09/97 | Nuzzo | Unnamed | Assaulted by staff | Inmate refused to state officers' names |
| PR 410 | 07/04/97 | David Smith | Hall, Long | Hit three times in face and head after mental health call out | Elapsed time, mental health issue |
| PR 411 | 12/26/97 | Sylvester Shuler | No subjects | Civilian wrote that inmate was being abused. Investigation notes look like he was harassed, no officers named | No subjects |
| PR 412 | 12/22/97 | Thomas White | Palmer, garland, Sanders | After returning from court, officers took him to holding cell behind cntrol room and beat him in stomach, sides and legs, they told hi they beat him for disrespecting transport officers, | No injury consistent with abuse |
| PR 413 | 11/26/97 | Littlejohn | Cater, Swearingen, Cox | Came into cell and struck inmate in head, arm and leg | Declined medical treatement |

| PR 414 | 12/01/97 | Barry | Hall | Struck Barry in forehead and said id he told anyone he would hurt him | Elapsed time |
| PR 415 | 12/12/97 | Raleigh | Lewis, Dean, Anderson, Griffis | Took him out of his cell to the stairway threw him to the floor and kicked him repeatedly, picked him up dropped him face first on the stairs, did not receive medical attention | Allegation not consistent with injures |
| PR 416 | 12/26/97 | Chester | C. Padgett, D. Padgett, Manz | Kicked about 30 times in back and buttocks | Unsubstantiated |
| PR 417 | 01/06/98 | Russell | Kennedy | Punched him in face while returning from shower | No injury, no witnesses |
| PR 418 | 09/15/97 | Skritch | Thornton | Kicked and shocked repeatedly during use of force | Approved use of force |
| PR 419 | 12/08/97 | Mullings | D. Padgett, Ruby | Assaulted | No injuries, elapsed time |
| PR 420 | 01/14/98 | Garcia | Dean | During use of force Dean grabbed his penis and punched him | No injuries |
| PR 421 | 01/14/98 | | | Same as PR 420 | |
| PR 422 | 01/1/1998 | Frank Smith | C Padgett | Assaulted | No injuries, no witnesses |
| PR 423 | 01/19/98 | | | Same as PR 422 | |
| PR 424 | 01/10/98 | Lang | Beeman | Physically assaulted and forced to eat feces | No witnesses |
| PR 425 | 12/31/97 | Ettaro | Whitehead, Archie, Cribbs, Thornton | Assaulted by subjects after Thornton gassed him | Approved use of force |
| PR 426 | 01/30/98 | Kenneth West | Coley | Coley struck him in the back of head | No injuries, no witnesses |
| PR 427 | 02/07/98 | Littlejohn | Griffis, Beck, Wiley | During use of force Griffis entered his cell and slapped and kicked him | Use of force incident |

| PR 428 | 02/05/98 | Thomas | McDougal Willingham, Parker | Assault | No injuries |
| PR 429 | 02/19/98 | Lee | Musselman | Pulled him out of the shower, hit him several times and choked him | No injuries, no witnesses |
| PR 430 | 02/01/98 | Flores | Griffin, Parker | Escorted to B wing where he was brutally attacked | No injuries |
| PR 431 | 03/21/98 | Robertson | Willingham | Grabbed by cuffs and slid across the floor | Administrative issue |
| PR 432 | 03/24/98 | Hough | Griffis | Slapped in mouth after refusing to submit to handcuffs | No corroborative injury |
| PR 433 | 04/14/98 | Coleman | Dover, Anderson, Bridges | Physically abused while on confinement, in fear for his life | No corroborative injury or testimony |
| PR 434 | 04/18/98 | David Smith | McDougal | Physically abused | Unsubstantiated |
| PR 435 | 04/26/98 | Lowery | Liles | Physically abused | No injuries, no witnesses |
| PR 436 | 04/23/98 | Giallard | Lewis Shipley | Abuse by staff | Unsubstantiated |
| PR 437 | 05/10/98 | Mullins | Schauble, D. Padgett, Brown | Assaulted and threatened with assault | No injuries, no witnesses |
| PR 438 | 05/12/98 | Henderson | Bradford | Pulled his arms out of the cell flap | No injury, no witnesses |
| PR 439 | 05/15/98 | Skinner, Gillard, Glenn | Hanson, Anderson | After giving a statement to inspector about officers who abused Gillard, after returning they heard officer Hanson tell Anderson about their statements, then they were threatened | Investigated with PR 436 |
| PR 440 | 05/16/98 | Mullings | Hall | Grabbed by the throat, squeezed and threatened him | No evidence at this time |
| PR 441 | 05/27/98 | Buckle | Carter, Padgett, Muse | Assaulted during processing into FSP | unsubstantiated |

| PR 422 | 05/29/98 | Archibald | Crews | Had an argument and Crews assaulted him | No injury |
|---|---|---|---|---|---|
| PR 423 | 05/08/98 | Lewis | Coleman, Anderson | Assaulted during cell movement | No witnesses, no injuries |
| PR 444 | 06/05/98 | Tyson | Crews | Crews slapped him and pulled down his boxers | No injuries |
| PR 445 | 06/10/98 | Eddie Jones | Marshall | Hit him with is shoulder on his shoulder | No injury, no outside charges |
| PR 446 | 05/23/98 | Tibbetts | McDougal | Slapped across the face because he asked to go to clinic | No injuries, no outside charges |
| PR 447 | 05/22/98 | Reginald Williams | Manz | Horseplaying and grabbed him around the neck | No injury, no witnesses |
| PR 448 | 06/22/98 | Broxson | Lynn, Pearce | Lynn choked him in argument over flap key | Unsubstantiated |
| PR 449 | 06/15/98 | Anderson | C. Padgett, Bonsall, Musselman, Morris, Hall | Abused, pushed into gate | No injuries |
| PR 450 | 06/24/98 | Bowen | Hendricks, Pearce | Pushed his head into wall, kneed him in the leg | No injuries, no witnesses |
| PR 451 | | Penick, Horne | | Interviewed concerning their alleged abuse by staff | unsubstantiated |
| PR 452 | 07/08/98 | Hanson | Dover, Bridges | Prior to placement in special management cell, officers kicked and slapped him | No injury, no witnesses |
| PR 453 | 07/11/98 | Troy Hall | C. Padgett | Slapped in face and physically abused for not wearing name tag | No corroborative injuries |
| PR 454 | 07/24/98 | Gloster | Dent, Cribbs, Beeman | Physical abuse | No injury |
| PR 455 | 07/27/98 | Shuler | Shipley | Punched in the stomach | No injury |
| PR 456 | 07/26/98 | Mason | Peters | Physically abused while being removed from shower | No injuries, no witnesses |

| PR 457 | 08/09/98 | Frazier | Snow | Struck twice in face | Staff denied, no injury, no evidence |
|--------|----------|---------|------|----------------------|--------------------------------------|
| PR 458 | 08/05/98 | Connor | Charney | Physically assaulted | No injuries or witnesses |
| PR 459 | 08/23/98 | Green | McDougal | Slapped | No injuries, no witnesses |
| PR 460 | 08/12/98 | Terry | Unnamed | Abused upon arrival to FSP by several unknown officers | No injuries, no witnesses |
| PR 461 | 07/25/98 | Faegins | Ruby, McDougal | Held by McDougal while Ruby hit him in chest and head | No injury |
| PR 462 | 07/08/98 | Spriggs | | Abuse at UCI | |
| PR 463 | 08/24/98 | Green | Sauls, Hall | Abused in clinic and threatened | No injury |
| PR 464 | 09/10/98 | Sampson | Muse, Simmons, Rizer, Hardin, Mathews, Smith | Assaulted by staff prior to his placement in special management cell | Unsubstantiated |
| PR 465 | 09/07/98 | Green | Kennedy, D. Padgett | Physically abused | No evidence |
| PR 466 | 10/09/98 | Bryant | Parker | Abused | No injury, no witnesses |
| PR 467 | 10/30/98 | Sharpe | Shipley, McDaniel | Physically abused | No injuries, no witnesses |
| PR 468 | 11/03/98 | Bryant | Crews | Physically abused | No injuries, no witnesses, refused polygraph |
| PR 469 | 11/15/98 | Monnar | Newcock | Physically abused | No Officer Newcock employed |
| PR 470 | 11/20/98 | Martinez | Anderson, Dean | Beaten | Did not report incidents through grievances, reported them to senator, no witnesses, no injury |

| PR 471 | 11/17/98 | Weaver | Kontaxis | Assaulted after being transferred to FSP | No injury, no witnesses |
|--------|----------|--------|----------|------------------------------------------|--------------------------|
| **PR 472** | 11/16/98 | Duvall | Allen, Manning, Archie, Zook | Assaulted after being gained from Work Camp, kicked in the stomach hard enough to cause rectal bleeding, | Didn't report assault to medical, unsubstantiated |
| PR 473 | 11/15/98 | Underwood | Lucas | Lucas and unidentified white officer assaulted him in shower | Injuries inconsistent with alleged abuse |
| PR 474 | 11/21/98 | Defazio | Lucas, Adkins | Letter form mother stated that her son was assaulted on B wing | No injuries |
| PR 475 | 11/21/98 | Nealons | Adkins | Nealon's mother called stating she receives a letter from her son alleging physical abuse | Inmate did not report abuse, no injury, no witnesses |
| PR 476 | 12/09/98 | Knight | McDougal | Physical Abuse | No witnesses, inamte refused polygraph |
| PR 477 | 12/09/98 | James Williams | McDougal | Williams wrote a letter to his wife alleging abuse | Refused medical exam, no evidence |
| PR 478 | 11/21/98 | Green | Lucas | Abuse during use of force | Use of force incident |
| PR 479 | 12/20/98 | Jones | McCarroll | Physically abused before, enroute and after shower, | No injury, no witnesses |
| **PR 480** | | Rivera | | In a letter to Representative Crady, Rivera alleges abuse, points out how inmates are leashed and led around | Forwarded to Inspector Waddell |
| PR 481 | 01/19/99 | Hostzclaw | Parker, Peters | Alleged abuse, wrote a statement but guards wouldn't let him bring it, couldn't remember details of what happened without it | No injury, no evidence at this time, no witnesses |

| PR 482 | 12/29/98 | Collen | Bridges, Parker, Dover | Physically abused | Failed polygraph, unsubstantiated |
| PR 483 | | Crawford | Lane, Swearingen, Totten | Sexual abuse | No sexual assault kit done due to time frame, officers deny |
| PR 484 | 12/02/98 | Glenn | Parker | Slapped | No witnesses, no evidence |
| PR 485 | 01/05/99 | Pryor | Zipperer, Smith, Totten, Murdock | Beaten | No officer Murdock employed, staff denied, no injury |
| PR 486 | 01/22/99 | Primm | Nelson | Assaulted | No injury, no witnesses, no evidence |
| PR 487 | 12/18/98 | Bryant | Lucas, Cox, Godwin, Manning | Physically abused | No evidence, elapsed time |
| PR 488 | 01/04/99 | Souter | Williams | Assaulted while being escorted to shower | Declined medical, no injury, no evidence, no witnesses |
| PR 489 | 11/21/98 | Green | Lucas | Abuse | No witnesses, no injury, no evidence |
| PR 490 | 01/24/99 | Crawford | Lane, Totten | Sexual assault | Has made allegations against these officers before found no evidence |
| PR 491 | 01/20/99 | Evans | Lucas | Physically abused then threatened if he reported it | Refused polygraph, no injuries |
| PR 492 | 02/17/99 | Caudill | Lindsay, parker, Griffis | Assualt | No injuries, no evidence |
| PR 493 | 02/17/99 | Bean | Shemer | Physically abused | No injury, no |

| | | | | | witnesses |
|---|---|---|---|---|---|
| PR 494 | 01/29/99 | Brannen | Kennedy, Padgett | Victim of a set up – got a bogus DR | No evidence |
| PR 495 | 02/17/99 | Hostzclaw | Parker, Griffis | Poked with broom handle, punched | No injury, no witnesses |
| PR 496 | 02/13/99 | Moore | Crews | Slapped after removal for cell search | No injuries |
| PR 497 | 02/09/99 | Hammond | Bonsall, Cox | Physically abused | Refused medical treatment, no noted injury |
| PR 498 | 02/09/99 | Gomez | Schauble | Physically abused in shower | Unsubstantiated |
| PR 499 | 02/15/99 | Hanson | Whitehead, Crews, Reynolds, Hall | Nurse requested inspector bring a camera to clinic to photograph inmate who claimed abuse. Had bruises on torso, groin, butt, back, and arms and bump on head, claimed he was escorted to shower and abused | Unsubstantiated |
| PR 500 | 02/07/99 | Nealon | Kennedy, Bradford | First reported he fell then reported abuse | Conflicting statements |
| PR 501 | 02/12/99 | Caudill | Ruby, Jarvis, Davison, McDougal, Reynolds | Use of Force. Inmate claims he was assaulted by two sergeants and two officers he could not identify. | Upgraded to c- status 8-26-99, found unsubstantiated 1/3/00 |
| PR 502 | 1/27/99 | Chester | Salesman, others | Assaulted | Could provide no details, no evidence, no injury, no subjects |
| PR 503 | 02/07/99 | Poppell | Nelson, Burns | Kicked while being escorted back to cell. They also grabbed his genitals | No injury, no witnesses, no evidence |
| PR 504 | 03/09/99 | Demps | Crawford, Crockett, | Assaulted | No injury, no witnesses |

| | | | Crews | | |
|---|---|---|---|---|---|
| **PR 505** | 03/10/99 | Guthrie | Kennedy, (Geibeig was investigator) | Inmate was sent to clinic for treatment of injuries after alleging assault by staff. He had bruising of the lower back, left tricep, and a scrape/bruise on left calf | Unsubstantiated |
| **PR 506** | 03/18/99 | Addison | Anderson, Zook | Seen in clinic for injuries he claims were result of abuse by staff | Unsubstantiated |
| PR 507 | 03/19/99 | Demps | Anderson | Assault | No injury, no witnesses |
| PR 508 | 03/28/99 | Hagans | Davidson | Davidson kicked him | No injury, no witnesses |
| PR 509 | 03/05/99 | Green | McCarroll | Assaulted while returning from writ room | No injury, no witnesses |
| **PR 510** | 03/31/99 | Davis | MP Williams | Physically assaulted by 7-10 officers | No injury, no witnesses |
| **PR 511-512** | 03/28/99 | Sistrunk | Schauble, Davidson, Couey, Crews, Green, Musselman, Rizer, Adkins, Young, Mills, Crews, etc. | After receiving DR for assaulting staff, inmate filed grievance alleging they assaulted him. | Referred to FDLE returned without action, unsubstantiated |
| PR 513 | 04/13/99 | Stewart | Not named | Inmate told Officer Bell that 3rd shift used force on him | No injury, no witnesses |
| **PR 514-PR 515** | 04/14/99 | Griffin | Baird, McComb, Kelly | Officers assaulted him with a broom; "they stuck a broom in my ass, mouth and hit me in the nuts" | Unsubstantiated for officers, substantiated for psychologist |
| PR 516 | 03/29/99 | Green | Mussellman Rewis | Physically assaulted | No injury, no witnesses |

| PR 517 | 12/28/98 | Poppell | Brown | Punched by officer Brown and another officer in a strip cell upon arrival at FSP | No officer Brown on duty, CA Brown was shift supervisor, no injury, no witnesses |
|--------|----------|---------|-------|------|------|
| PR 518 | 04/11/99 | Smith | | Claims chemical agents are being sprayed through his vent | No injury, no witnesses |
| PR 519 | 04/20/99 | Parker | | Physically assaulted by three officers while in DC | No injury, no subjects |
| PR 520 | 04/22/99 | Oglesby | Bergman | Put in closet and was choked and slapped in the back of the head | No witnesses, no injury |
| PR 521 | 03/26/98 | Massie | Brown, Beeman, Anderson, Jordan, Dover | Assaulted while being gained at FSP | Elapsed time, injury result of use of force |
| PR 522 | 05/08/99 | Nealon | Varnadore | Physically abused | No evidence |
| PR 523 | 05/11/99 | Lopez | Crews, Maddox, Manning | Physically assaulted by Crews, others watched. Had swelling in right cheek without bruising or redness | Injury inconsistent with alleged abuse |
| PR 524 | 05/12/99 | Green | Giebeig, C Padgett, Whitaker, Beecham, Long, Baird, McComb | Beaten, threatened, alleges Geibeig didn't do thorough investigation | No evidence |
| PR 525 | 05/07/99 | Green | C Padgett, Whitaker | Assaulted | No injury, no witnesss |
| PR 526 | 05/02/99 | Green | Crockett, Lucas, McComb | Assaulted | No injury, inmate refused treatment |
| PR 527 | 05/02/99 | | | Same as PR 526 | |
| PR 528 | 05/13/99 | Staley | Davison | During interview for DR, was abused and threatened | No evidence |

| PR 529 | 09/22/99 | Ross | Parker, Smith | **Write to FDLE claiming** he had been **abused at** FSP **numerous** times since 8/98 | Upgraded to C case status, stored at UCI satellite office |
|--------|----------|------|---------------|----------------------------------|-------------------|
| **PR 530** | | West | Crews, Pearce, Watson | **Physically** abused by **Crews, others** watched | Upgraded to C Case status, unsubstantiat ed |
| **PR 531** | 05/23/99 | Loft | | **Physically** abused by an **unnamed** sergeant **while another** watched | No injury, no witnesses |
| PR 532 | 05/29/99 | Russell | Kennedy, Snow, Varnadore | **Assaulted** by Kennedy **while others** watched, | No evidence to support allegation of abuse |
| PR 533 | 06/10/99 | Diaz | Collins, Anders | **Unknown** officers and **Nurse Collins** beat him **in the** shower | Upgraded to C Case status after receipt of additional info during investigation of an unrelated incident |
| PR 534 | 06/17/99 | Permenter | Robbins | **Officer Permenter reports that** inmate **Robbins** refused an **order and** kicked him, **Permenter** placed **inmate on** ground to gain **control**, inmate claims **he** was jumped on **by officer**s | Use of force |
| PR 535 | 06/21/99 | Hall | Totten | **Assaulted** during **feeding of** evening meal | No injury, no witnesses |
| PR 536 | 06/23/99 | Russell | Kennedy | **Kicked in** buttocks and **groin,** referred to **medical** | No injury, no witnesses |
| PR 537 | 06/26/99 | Brown | Drawdy, Crews | **Drawdy was horseplaying** with | Mailed to central office |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Brown through cell flap and his watch came off, inmate refused to give it back, officers entered cell and struck him in face several times | |
| PR 538 | | Crawford | Bridges, Dover | Punched in stomach and back, assaulted two other times | No injury, no witnesses |
| PR 539 | 05/99 | Delk | Dean, Ford, Reed | Physically abused and alleges officers put known carrier of HIV in shower with him and told him to bite or scratch Delk | No witnesses or injury, unsubstantiated |
| PR 540 | 07/09/99 | Mathews | (Geibeig was investigator) | Jestine received letter from officer telling that Willie had been beaten | No injury, no evidence |
| **PR 541** | 07/10/99 | Lambrix | Begman, Hall, Walker | Assaulted | Unsubstantiated |
| PR 542 | 06/12/99 | Horne | | Claims he was assaulted while in close management, fears he will be killed by staff | No subject, inmate is a psych patient |
| PR 543 | 07/10/99 | Hayward | | Inmate claims he was beaten by several officers and forced to plead guilty to DR | No subjects |
| PR 544 | 07/11/99 | Phillips | Pearce | Inmate Parker witnessed Pearce and several officers remove Phillips from his cell and punch him in face several times | No evidence at this time |
| PR 545 | 04/28/99 | Foster | Lucas | Unlawful use of force while inmate was in restraints | No injury, no witnesses, no evidence |

| PR 546-547 | 1/99 | Leach | Brown, Schauble, Lucas, Dent Muse, Carter, Fontenot, Beemen, Novak, Owens | Upon arrival to FSP from Lake CI, Leach was taken to strip cell and beaten. (punched in face, kneed in stomach, hit in ribs stomped with boots. Physically abused daily while on Xwing, reported abuse to Psych Kelley and he and him transferred to UCI | Reassigned to inspector Clark, downgraded to D3 |
|---|---|---|---|---|---|
| PR 548 | | Wright | Allen, Turgeon, Ruby | Forced to fight another inmate, Sgt. Ruby got mad and slapped him in the face several times | No evidence |
| PR 549 | 98-99 | Gainey | Griffis, Lewis, Lucas | Beaten on several occasions | Unsubstantiated, upgraded to C case status |
| PR 550 | 1985 | Rivers | Riley, Bird (Beard?) | Abused by subjects since 1985 | No Bird at FSP, no evidence |
| PR 551 | 07/12/99 | King | Dugger, Allen, Florence | Abused by staff on July 12 on H wing | Upgraded to C class, unsubstantiated |
| PR 552 | 07/30/99 | Ernest Brown, Frank Brown, Williams | Crews, Pearce, Duvin | Inmate Doctor witnesses these inmates being assaulted, inmates had already filed grievances | No evidence |
| PR 553 | 08/03/99 | Lowry | Crews | Assaulted | Unsubstantiated, referred to FDLE and returned without action |
| PR 554 | 08/04/99 | James Williams | Nelson, Paige | Taken to closet and beaten, Nelson gave Williams a DR for disrespect | Unsubstantiated, referred to FDLE returned w/out action |

| PR 555 | 08/04/99 | Curry | Shipley | Struck several times and slammed head into wall several times | Unsubstantiated, |
| PR 556 | 97-99 | Nealy | Lewis, G Brown, Lindsay, Crews | Assaulted on two separate occasions | Referred to FDLE |
| PR 557 | 07/20/97 | Pinckney | Kelsay, Lewis | Assault | Unsubstantiated |
| PR 558 | 08/01/99 | Hunter | McCarroll | Sent to confinement on 8/1/99, reports that he was hit in head by McCarroll before physical and was afraid to tell the nurse | Inmate requested the investigation be stopped. unsubstantiated |
| PR 559 | 08/28/98 | Serfass | Willingham (resigned) | Officer Willingham kicked his feet out from under him causing him to fall and break his front teeth. Padgett and Dean witnessed | Referred to FDLE and returned w/out action. Unsubstantiated |
| PR 560 | 08/28/98 | | | Copy of PR 559 | |
| PR 561 | 08/05/99 | Clark | Nelson, Burns | Clark's sister called due to her concern of staff abuse based on letter inmate had written his mother | Referred tp FDLE returned w/out action. Unsubstantiated |
| PR 562 | 03/31/99 | Davis | Kennedy, Michael Williams | Assaulted and battered on G wing, waited to file report until 8/5/99 due to fear of reprisal by staff | Referred to FDLE and returned w/out action. Unsubstantiated |
| PR 563 | 03/24/98 | Diaz | Morgan, Anderson | Assaulted by staff on 3/24 and 6/11 | Referred to FDLE and returned w/out action. Unsubstantiated |

| | | | | | |
|---|---|---|---|---|---|
| **PR 564** | 07/11/99 | Williams | Brown, Pearce, Lucas | Claims he was beaten | Referred to FDLE and returned w/out action. Unsubstantiated |
| PR 565 | 08/05/99 | Griffin | McDougal, Ruby, Davison | Abused in April | Referred to FDLE returned w/out action. Unsubstantiated |
| PR 566 | 08/09/99 | Leach | Wright | Excessive force during use of force | Use of force |
| PR 567 | 08/05/99 | Marable | Turgeon, Bergman, Snow | Turgeon entered shower with him and choked and slapped him; then Bergman slapped him | Referred to FDLE returned w/out action. Unsubstantiated |
| PR 568 | 07/30/99 | Bernard Smith | Dean, (Geibeig was inspector) | Assaulted with a food tray while in clinic holding cell | Referred to FDLE returned w/out action. Unsubstantiated |
| PR 569 | 08/11/99 | Lewis | Nelson | Inamte says Nelson is sexually possessed with him and they have kissed and fondled each other, Nelson has given inmate contraband. Nelson slapped him for lying | Referred to FDLE returned w/out action. Unsubstantiated |
| **PR 570** | 07/98 | Dana Johnson | Beck, Christian | Inmate says that upon arrival at FSP, he was beaten. Inmate was involved in an "incident" at Lawtey prior to his transfer | Referred to FDLE returned w/out action. Unsubstantiated |
| PR 571 | 08/09/99 | Beamon | Hood, (Geibeig was inspector) | Hood pushed him and threatened him | Unsubstantiated |

| PR 572 | 04/12/99 | Stewart | Totten, Allen, Hundley | **Physical abuse resulting in injury to neck, back, eye and head. Denial of medical.** | Guards – unsubstantiated, civilian Charles Howard - (was allowed to supervise inmates) substantiated |
|---|---|---|---|---|---|
| **PR 573** | 08/03/99 | Cokley | Crews | **After being interviewed by FDLE, Crews threatened him with harm and death, feels life is in danger** | Unsubstantiated |
| PR 574 | 07/20/99 | Nealy | Bridges, Dover, Griffis, (Geibeig inspector) | **Inspector supervisor sent Geibeig to talk to Nealy. Nealy alleged abuse and says he has pain in his ear** | Inspector Dale says claim is unsubstantiated for guards |
| PR 575 | 01/14/97 | Hereford | Griffis, Caufman | **Physical abuse** | Unsubstantiated |
| PR 576 | 08/26/99 | Crawford | Totten, lane, Swearingen | **Superintendent Mecusker received phone call from Crawforf's mother. She made numerous allegation of abuse and feared for her son's safety** | Unsubstantiated |
| **PR 577** | 01/26/99 | Barton | Jacana, Moody, Woods, Harrelson | **Systematically abused by staff between 1/26/99 and 3/8/99. Sent letter to FDLE on 06/01/99** | Incident already addressed in different case |
| PR 578 | 05/14/99 | Dunfee | Murphy, Hampton | **Murphy opened Dunfee's cell and allowed another inmate to beat him** | Unsubstantiated |
| PR 579 | 08/21/99 | Stewart | Parrish | **Parrish slammed shower door on his foot** | No injury, no evidence |

| PR 580 | 08/23/99 | West | Schauble | Schauble reports that while removing waist chain from inmate his hand brushed inmate's stomach and inmate claimed abuse | Interview and document |
|---|---|---|---|---|---|
| PR 581-PR 582 | 03/04/99 | Hall | Thornton, Griffis, Lewis, Sauls | Interviewed pertaining to his numerous complaints of staff abuse dating as far back as 1993. | Referred to FDLE and returned w/out action. Unsubstantiated |
| PR 583 | 06/99 | Gilley | | Assaulted at FSP work camp then transferred to main unit for protection, while at main unit was assaulted by unknown officer, told to be creative about his injuries | Investigated same as PR 591, unsubstantiated |
| PR 584 | 08/24/99 | Oglesby | | Inmate began to yell for medical attention because of sexual abuse by staff | Inmate recanted |
| PR 585 | | Fox | Anderson, Coleman | Staff abuse | Unsubstantiated |
| PR 586 | 05/09/99 | Bundage | Allen, C. Padgett, Wilson, Whitehead | Physically abused and nurse put a voodoo curse on him | Unsubstantiated |
| PR 587 | | Garcia | Dean, Williams, Crockett, Collins, Rizer, Bridges, Garland | Threats, verbal abuse, and harassment by staff | Unsubstantiated |
| PR 588 | 09/09/99 | Nuzzo | Bridges, Reynolds, Coleman, Dover, Henry, Marshall, Crockett, Whitehead | Multiple allegations of abuse over last two years outlined in letters to various offices | Unsubstantiated |

| PR 589 | | Nakia Johnson | Baird, Richardson, Sauls | Physical abuse and verbal threats | Unsubstantiated |
|---|---|---|---|---|---|
| PR 590 | | Wayne Wilson | | FDLE received a phone call from Ms. Adams, advising that inmate, a former patient had advised her he was physically abused at FSP. Also, his attorney wrote a letter expressing his concern for client's safety | |
| PR 591 | | Gilley | Bergman, Williams, Schauble, Wellhausen, Merriex | Physical abuse, | Unsubstantiated |
| PR 592 | | Baggett | Anderson, Kennedy, Dover | Physical abuse and witnessed other inmates being abused | Unsubstantiated |
| PR 593 | | Rivera | Hall, Whitehead, Arnett, Dobbs, Martin, Mathews | Physical abuse and feels his life is in danger | Unsubstantiated |
| PR 594 | 1998 | Harris | Parker | Beaten by officers in 1998 | Unsubstantiated |
| PR 595 | | Mills | D.Padgett, Schauble, Griffis | Physical abuse | Unsubstantiated |
| PR 596 | 08/12/99 | Taylor | Lindsey | During medical transport he was verbally abused by Lindsey and his handcuffs were applied too tight | |

| PR 597 | 05/05/99 | Poppell | Bridges, Burns, Nelson, Brown | Physically abused, kicked and struck | Unsubstantiated |
|---|---|---|---|---|---|
| PR 598 | 01/05/99 | Defriest | Crockett, Crews, Lindsey, Shipley, Henry, Padgett, Bridges | Physically abused | Unsubstantiated |
| PR 599 | 11/15/98 | Underwood | Lucas | Verbally abused, beaten, and the victim of racial slurs | Unsubstantiated |
| PR 600 | 10/18/99 | Glenn | Ling, Griffis, Bridges, Parker, Anderson | Physically abused and threatened | Unsubstantiated |
| PR 601 | 08/03/99 | Joswick | Shipley, Crews | Physical abuse, repeated and ongoing patterns, | Unsubstantiated |
| PR 602-603 | | Compo | Chastain, Cribbs, Jones, Manning, Muse, Garland, | Physically abused on several occasions dating as far back as 1996 | Unsubstantiated |
| PR 604 | 04/03/98 | Graham | Lane, Muse, Musselman, Hardin | Severely beaten and threatened by officers to keep quiet about it | Unsubstantiated |
| PR 605 | 07/24/99 | Ford | Jordan | Physically abused, witnessed Valdez being kicked in clinic on 7/17/99 | Unsubstantiated |
| PR 606 | 08/99 | Welter | Cucciarre, Henderson, Gray, Barton, Covey, Crews, Maddox, Schauble, Smith | Threatened by staff, in fear for his life | Unsubstantiated |
| PR 607 | 10/09/98 | Bryant | Parker | Provided additional info re: PR 601 | Unsubstantiated |

| PR 597 | 05/05/99 | Poppell | Bridges, Burns, Nelson, Brown | Physically abused, kicked and struck | Unsubstantiated |
|--------|----------|---------|-------------------------------|--------------------------------------|-----------------|
| PR 598 | 01/05/99 | Defriest | Crockett, Crews, Lindsey, Shipley, Henry, Padgett, Bridges | Physically abused | Unsubstantiated |
| PR 599 | 11/15/98 | Underwood | Lucas | Verbally abused, beaten, and the victim of racial slurs | Unsubstantiated |
| PR 600 | 10/18/99 | Glenn | Ling, Griffis, Bridges, Parker, Anderson | Physically abused and threatened | Unsubstantiated |
| PR 601 | 08/03/99 | Joswick | Shipley, Crews | Physical abuse, repeated and ongoing patterns, | Unsubstantiated |
| PR 602-603 | | Compo | Chastain, Cribbs, Jones, Manning, Muse, Garland, | Physically abused on several occasions dating as far back as 1996 | Unsubstantiated |
| PR 604 | 04/03/98 | Graham | Lane, Muse, Musselman, Hardin | Severely beaten and threatened by officers to keep quiet about it | Unsubstantiated |
| PR 605 | 07/24/99 | Ford | Jordan | Physically abused, witnessed Valdez being kicked in clinic on 7/17/99 | Unsubstantiated |
| PR 606 | 08/99 | Welter | Cucciarre, Henderson, Gray, Barton, Covey, Crews, Maddox, Schauble, Smith | Threatened by staff, in fear for his life | Unsubstantiated |
| PR 607 | 10/09/98 | Bryant | Parker | Provided additional info re: PR 601 | Unsubstantiated |

| PR 608 | 08/99 | Broxson | Lucas, Lynn | Assaulted | Unsubstantiated |
| PR 609 | 04/21/98 | Madison | Shipley, Archie, Hanson, Thornton | Assaulted by officers | Unsubstantiated |
| PR 610 | 10/14/97 | Tyson | | Assaulted by officers | Unsubstantiated |
| PR 611 | 02/22/99 | Thompson | Green, Crews, Lindsey, Adkins | Beaten by officers, afraid to tell | Unsubstantiated |
| PR 612 | | Perry | | Feels he is a target for abuse because he stabbed Assistant Warden Thornton | Unsubstantiated |
| PR 613 | 02/20/99 | Edeckler | Anderson, Crews, Bridges | Physically abused | Unsubstantiated |
| PR 614 | 06/06/98 | Brown | Anderson, Archie, Dent, Gainey, Davis, Williams, Dobbs, Dean, Thornton, Griffis | Physically abused | Unsubstantiated |
| PR 615 | 08/31/99 | Hall | | Beaten by staff on 2nd shift | No subjects |
| PR 616 | 06/30/98 | Alvarado | D. Padgett, Kennedy | Abused by 12 officers | Unsubstantiated |
| PR 617 | | Giallard | Shipley, Musselman, Griffis, Rizer | Abused and beaten by staff on several occasions | Unsubstantiated |
| PR 618 | | Neal | Lewis, Garland, Griffis, Ruby, Self, Lucas, Reynolds, Hardin | Numerous incidents of physical abuse | Unsubstantiated |

| PR 619 | | Hereford | Griffis | Reverand Vickson alleges Hereford was jumped on and beaten and brutality continues at FSP | Referred for followup |
|--------|--------|----------|---------|------------------------------------|------------------------|
| **PR 620** | 07/98 | Odom | Brown | Brown kicked and punched him | Unsubstantiated |
| PR 621 | 04/99 | Hoke | Beeman | Seven officers entered his cell and physically abused him | Unsubstantiated |
| PR 622 | 10/98 | Little | Musselman, Reynolds | Physically abused | Unsubstantiated |
| PR 623 | 09/03/99 | Moss | Nelson | Moss was out in a cell with feces on wall, cleaned up feces and placed towels outside his cell, Nelson entered cell pulled a knife on him and threatened him | Unsubstantiated |
| PR 624 | 1996 | Wesley | Griffis | Physically abused | |
| PR 625 | 01/21/99 | Evans | Lucas, Mann, Godwin, C. Padgett | Lucas pushed him, Manz threw his food tray, then reported Evans threw it casuing him to be placed on CM status | Unsubstantiated |
| PR 626 | 01/10/99 | Hagans | Reynolds, Davison | Thrown down the stairs | Unsubstantiated |
| PR 627 | 10/98 | Martinez | Anderson, Dean | Physical abuse by staff | Unsubstantiated |
| PR 628 | | Norris | Lindsey, Bonsall, Nelson, Hall | Threatened | Unsubstantiated |
| PR 629 | 12/24/98 | Roberts | Lucas, Kennedy, Stevenson | Physical abuse | Unsubstantiated |
| PR 630 | | Werry | Sauls, Lucas, Pearce, mcDougal, Adkins, Reynolds, Smith, Watson, Dean | Numerous allegations of physical abuse | Unsubstantiated |

| PR 631 | 06/16/99 | Anthony Williams | Crews | Physically abused, told medical, they said go to sick call | Unsubstantiated |
| PR 632 | 1998 | Green | Hall, McDougal, Sauls | Beaten in bathroom, abused, slapped | Unsubstantiated |
| PR 633 | 09/02/99 | Souter | Bergman, O'Neill | Abused during shower, verbally harassed and threatened | Unsubstantiated |
| PR 634 | | Connor | Bergman, Hall | Physical abuse | Unsubstantiated |
| PR 635 | 09/03/99 | Broxson | McCarroll | Slapped | No injury, no witnesses |
| PR 636 | 09/01/99 | Glenn | Long | Shove and pushed, threatened, denied medical, reported to Sistrunk, IG log shows nothing on incident | Adderessed in PR 600 |
| PR 637 | 09/08/99 | Johnson | Runkle | Slammed hand in cell flap | No injury, no witnesses |
| PR 638 | 01/27/99 | Chester | Musselman, Reynolds | Physical abuse | Unsubstantiated |
| PR 639 | 08/31/99 | Hall | Dean | Physically abused and threatened while in holding cell following interview with inspector | Unsubstantiated |
| PR 640 | | Collier | Drawdy, Smith | Threatened with bodily harm | Unsubstantiated |
| PR 641 | | Boykin | | Abuse | Unsubstantiated |
| PR 642 | | Wright | Griffis, Ruby, Nelson, Turgeon, Allen | Abused, threatened, forced to do things against his will | Unsubstantiated |
| PR 643 | | Frantz | | Abuse and civil rights violations, mail tampering | |
| PR 644 | 1998 | Modest | Massey, Shipley | Verbal threats, mail tampering, denial of medical | Unsubstantiated |
| PR 645 | 09/09/99 | Nealy | Whitehead, Bradford | Abuse by B-wing staff | Unsubstantiated |

| PR 646 | 03/12/99 | Mitchell | Adkins, Crews, Chandler | Physically abused upon arrival at FSP, assaulted following his medical exam, threatened further abuse if he said anything | Unsubstantiated |
| PR 647 | 09/02/99 | Green | Whitehead, Rivera, Dunnaway | Whitehead punched him, twisted his arm, inmate Dunnaway got out of his cell and tried to attack him with a weapon | Unsubstantiated |
| PR 648 | 09/13/99 | Williams | Pearce | Pearce struck Williams against cell tray flap on purpose while moving him from his cell | No injury |
| PR 649 | 02/07/98 | Littlejohn | Griffis | Physically abused by staff, hit and stomped on by Griffis | Elapsed time |
| PR 650 | 05/31/98 | Tyson | Crews | Crews slapped him in face and is threatening him | Elapsed time |
| PR 651 | | Brooks | Musselman | Hit him, made threats to beat him | Grievance issue, unsubstantiated |
| PR 652 | 09/13/99 | Crawford | Maddox | Maddox spit on him, threatens him | No injury, no witnesses |
| PR 653 | 09/22/99 | Glenn | Long | Assaulted with a flashlight | No injury, DR |
| PR 654 | | Harris | | Assaulted twice and threatened | No injury, no subject |
| PR 655 | 09/13/99 | Crawford | Maddox, Watson | Officers came into his cell and repeatedly spit in his face and threatened him with violence and DR's | Inmate received a DR, admin. Issue |
| PR 656 | 09/27/99 | Rivera | Lingis | Lingis placed his finger on Rivera's face, made intimidating comments and twisted handcuff on his wrist | No injury, no witnesses |

| | | | | | |
|---|---|---|---|---|---|
| **PR 657** | 01/23/95 | Rivas | Palmer, Coley, Sauls | Beaten and threatened | Downgraded |
| PR 658 | 06/25/97 | Neal | Shipley | Abuse by staff | Unsubstantiated |
| PR 659 | | Littlejohn | | Wrote a letter to FDLE alleging abuse | No solvability of 97-98 issues |
| **PR 660** | 05/01/99 | Mark Smith | | Was assaulted three different times right after being transferred to FSP | No subjects, no injury |
| PR 661 | 01/99 | Bean | Carter | Harassed, threatened, guards trashed his cell while he was taking a shower | Unsubstantiated |
| PR 662 | | Davis | Turgeon, Jenkins, McDougal, Lucas | Numerous allegations of abuse, threatened one day, jumped on the next | Unsubstantiated |
| PR 663 | | Dukes | Muse, Anderson | Verbally threatened, Muse ordered officers to beat him, fears for his life | Unsubstantiated |
| **PR 664** | 09/01/99 | Nixon | Crockett, Reyes, Jarvis | Many allegations of abuse, alleges on date of his arrival at FSP, Jarvis ordered a dozen officers to beat him | Unsubstantiated |
| PR 665 | 09/26/99 | Souter | O'Neill, Bergman | Physically assaulted | No injury, no witnesses |
| PR 666 | 09/27/99 | | | Same as PR 656 | |
| PR 667 | 1998 | Frazier | Snow | Snow assaulted him sometime in 1998 | Elapsed time |
| PR 668 | | Frazier | Snow | Alleges Snow jumped on him | No evidence |
| PR 669 | 08/13/99 | Williams | Pearce | Sgt. Pearce did something to his arm | No injury |
| PR 670 | 09/13/99 | Leach | Peters | Peters pushed him to the floor | No injury, no witnesses |
| PR 671 | 09/22/99 | Rivera | Lingis | Threatened him on the quarterdeck and at cell, twisted handcuffs causing wrist to be pinched | No injury, no witnesses |

| | | | | | |
|---|---|---|---|---|---|
| PR 672 | | McDonald | Bergman, Dunlap | McDonald's sister wrote letter to inspector advising that her brother had been physically abused and was having difficulty swallowing | Unsubstantiated |
| PR 673 | 06/99 | Wells | Palmer, Bergman, Piper, Hall | Abused on G wing | Unsubstantiated for Bergman, Piper, Hall. Outcome not listed for Palmer |
| PR 674 | | Moretz | Crews | Physically and verbally assaulted | Unsubstantiated |
| PR 675 | 05/99 | Goodin | Bergman, Zapp, Crews, Davison | Abused upon arrival to G wing. Allleges Crews broke his nose. Said when he reported it to Sgt. Godwin, he just laughed at him | unsubstantiated |
| PR 676 | 10/11/99 | Rivera | Bonsall, Permenter (Geibeig was inspector) | Slapped in face, punched in stomach, kicked in testicles, inmate did nit report incident for four days | Taken to clinic, no injuries noted, no witnesses |
| PR 677 | 10/14/99 | Carnes | Schauble, O'Neill | O'Neill struck him two times in left eye with his fist, O'Neill has been playing sex games with him. Carnes had obvious swelling to eye. Escorted to medical for alleged use of force exam | Unsubstantiated |
| PR 678 | 10/18/99 | Donaldson | Bridges | Inmate was waiting to be escorted to CM hearing and was abused by officers, they struck his hand and burned it with lighter | Sent ot clinic for alleged post use of force exam, would not be examined, no injuries |

| PR 679 | 97-99 | Kirkland | Wright, Palmer, Smith | **Abuse on** various **dates from** 97 through 99 | Downgraded, psychologist states inmate is incompetent |
| PR 680 | 10/19/99 | Williams | Pearce, Chastain | **Upon conclusion of MH assessment,** inmate **refused** to **return to** his wing, **spontaneous** force was used, **inmate** claims he **was punched** or **slapped** | DR |
| **PR 681** | 10/17/99 | Green | Hall | **Several** officers **entered his** cell to do a **cell extraction,** after he **was taken** to the **ground Hall** lifted his head **and** slammed his head **into** the floor **causing his** lower teeth to **puncture** his lip | Report f use of force begun but not completed, admin. Issue |
| PR 682 | 10/14/99 | Carnes | O'Neill, Schauble, Ruby, Coleman, Parrish, Nelson | **Assaulted** and **harassed** | Downgraded |
| **PR 683** | 06/96 | Moore | Sauls, Dean | **Physically** abused, **witnessed** abuse of other **inmates** | Unsubstantiated |
| PR 684 | 08/06/99 | Richardson | Ruby, Reid | Ruby **opened** his cell door **and** allowed **another** inmate to enter **and** have sex with **him** | Unsubstantiated |
| PR 685 | | Beasley | Baird | An **inmate** was **allowed to** enter his cell **and fight** him, he **suffered** injuries but was **denied** medical | Unsubstantiated |
| PR 686 | | Demps | | **Claims retaliation** in the **Valdez** case and **requests** protection based **upon** statements he **made to** FDLE | No subjects |

| PR 687 | 10/17/99 | Green | | Inmate was in possession of razorblade and was threatening to harm himself, refused orders to relinquish it, cell extraction team was used, Green alleged abuse during use of force | No evidence |
|--------|----------|-------|--|------|------|
| PR 688 | 10/25/99 | McDaniels | Ruby | Ruby used excessive and unjustified force against him | No evidence |
| PR 689 | | Massie | Brown, | Physical abuse | No evidence |
| PR 690 | 10/19/99 | Williams | Pearce | Pearce assaulted him on several occasions | No evidence |
| PR 691 | 12/30/99 | Kirkland | | Reported abuse at UCI | No injury, no witnesses, no evidence, no solvability |
| PR 692 | 01/01/00 | Griffin | Coleman | Punched in face and assaulted while in shower during use of force incident | No action, injuries inconsistent with reported use of force |
| PR 693 | 12/29/99 | Jason Brown | Henderson, Price | Physically abused | Unsubstantiated |
| PR 694 | | Frazier | Snow, McComb, Reynolds | Physically abused, threatened, witnessed by several officers | Management issue |
| PR 695 | 12/31/99 | Griffin | Coleman | Physically abused by staff during cell search | Unsubstantiated |
| PR 696 | 01/07/00 | Caudill | Dean | Caudill head butted Dean, Caudill claimed he had been abused by Dean | Management issue |
| PR 697 | 01/04/00 | Danzey | Henry, Ruise | Inmate Henderson reported he witnessed Henry and Ruise strike inmate Danzey | No information to support alleged abuse |
| PR 698 | 1998 | Ruiz | | Ruiz wrote a letter stating he was abused in infirmary | No injuries, no subjects, no solvability based on info provided |

| | | | | | |
|---|---|---|---|---|---|
| PR 699 | 01/15/00 | Green | | Green alleges he is on special Mgt. Meal illegally, Green refused to remove hand from cell flap and threatened officers, Green claimed abuse | Inmate diet within guidelines |
| PR 700 | | Mitchell | McGregor, Anderson | Inmate claims that he was beaten upon arrival at FSP, officers threw urine on him and refused to provide him with evening meal | Downgraded |
| PR 701 | 03/28/99 | Lenoir | Musselman, Green, Rizer | Multiple incidents of staff abuse in retaliation for talking to FBI | Not informant for FBI, downgraded |
| PR 702 | | King | | Assaulted by officers, fears his life is in danger | Inmate says he was only complaining because he was getting bogus DR's |
| PR 703 | 01/18/00 | Green | | Had force used on him twice but was only seen by medical once, says staff prevented him from seeing medical | Review of medical records show Green was seen after each use of force, management issue |
| PR 704 | 01/24/00 | Benton | Cobb, Parker, Davis | Punched in back during use of force, threatened about being choked, slapped | Management issue |
| PR 705 | 01/25/00 | Caudill | Reynolds | Caudill says Reynolds punched him in nose during use of force | Reynolds was not involved in use of force, management issue |

| PR 706 | 12/14/98 | Martinez | Garland | Office of General Counsel wrote letter regarding beating of Martinez. | Case turned over to FBI, downgraded, reopened on 1/20/00, FBI taking no action, unsubstantiated |
|---|---|---|---|---|---|
| PR 707 | 10/28/99 | Hayes | Davison | Davison closed cell flap on his hand causing injury | Admin. issue |
| PR 708 | 10/25/99 | Lenoir | Davidson | Verbally and physically assaulted, claims DR's were written as cover ups to staff entering his cell and beating him | No evidence |
| PR 709 | 10/16/99 | Shuler | Ruby, Hundley | Inmate Souter reports that he witnessed Ruby make Shuler fall in shower and Hundley forced Shuler to sit in upright position casuing him pain, he alleges their actions aggravated Shuler's injury | Victim says incident did not happen |
| PR 710 | 10/25/99 | McDaniel | Ruby, Jacks | Assaulted | No evidence |
| PR 711 | 11/05/99 | Wrisper | | While enroute to new housing unit five officers assaulted him | No subjects, no evidence |
| PR 712 | 10/11/99 | Rivera | Bonsall, Permenter | Rivera received a DR for disorderly conduct, He alleges staff assaulted him once he was o the first floor row | No evidence |

| PR 713 | 11/07/99 | Rivera | Lawrence Smith | Placed in restraints and escorted off wing into hallway; shoved into wall for no reason, grabbed by neck, choked him threatened with chemical agents | Unsubstantiated |
|---|---|---|---|---|---|
| PR 714 | 11/13/99 | Green | Dean, Sanders | Kicked in right side of ribs and upper torso | No injury, no evidence |
| PR 715 | 11/12/99 | Stewart | Hinson | Threw to the floor and leg irons placed on him | No injury, no evidence |
| PR 716 | 11/15/99 | Green | | Physically abused during use of force | No evidence |
| PR 717 | | Griffin | Ruby | Chemical agents were used on him for no reason | Approved use of force |
| PR 718 | | Williams | | Chemical agents were improperly administered during use of force | Pending use of force review |
| PR 719 | 11/07/99 | Rivera | AP Smith | Shoved against wall, choked then treated with can of chemical agents | No injury, no witnesses |
| PR 720 | 03/28/99 | Lenoir | Schauble, Ruby, Davidson | Assault | No evidence, no witnesses |
| PR 721 | 11/22/99 | Jeffries | | Inmate claims he was being abused by staff and inmates | No injury, no evidence, no witnesses |
| PR 722 | | Griffin | | Feels he is being retaliated against because his cousin, Barron, has been giving testimony to FBI | No subjects, no evidence |
| PR 723 | 11/5/99 | McKinley | | Beaten by 15 officers during 11/5 disturbance | |

| PR 724 | 11/24/99 | Bernard Smith | Ford, Reynolds | During use of force, officers threw him to floor injuring his knee, he also alleges he was kicked and punched. UOF report says he was accidentally dropped while going through doorway | Inmate complaint consistent with action described in use of force report. |
| PR 725 | 11/18/99 | Wrisper | Kelsay, Steen, Knotaxis | Tortured and harassed during use of force | No witnesses, no evidence |
| PR 726 | 11/24/99 | Jeffries | Whitehead | Pushed in back of head and in back | Injuries consistent with use of force report, no witnesses |
| PR 727 | 11/05/99 | Scott | | His room was filled with smoke, after he was evacuated. He was thrown to the ground and beaten by officers | No disposition, subjects unknown |
| PR 728 | 12/10/99 | Green | Coleman, Mason | Green spit on Coleman then attacked him | Admin. Issue |
| PR 729 | 11/05/99 | Stewart | Hinson, Lapan | Stewart was assisting officers in carrying Gainey down stairs, a shoe fellof, Stewart reached to get it and was npunched in head and back, kicked in back and thrown to floor | Unsubstantiated |
| PR 730 | 12/10/99 | Bernard Smith | | Mother called and said "I heard y'all just jumped on my son again" | Admin. issue, no evidence, no witnesses |
| PR 731 | 12/01/99 | Bernard Smith | Richardson | Struck behind ear and on thigh | No evidence |
| PR 732 | 12/05/99 | Griffin | Dean, Bond | Dean slapped him and knocked him down, pulled pants down and stuck broom up his rectum, | No evidence, no injury |

| PR 733 | 12/08/99 | Green | | "They sucker punched me in the shower." | No injuries, no evidence |
|---|---|---|---|---|---|
| PR 734 | 10/27/99 | Bell | Kilgore | Kilgore placed cuffs on too tight causing injury | No evidence, no witnesses |
| PR 735 | 11/05/99 | Griffin | Nelson | Following a fire, he was physically abused; struck and kicked, threatened and harassed | Unsubstantiated |
| PR 736 | 11/28/99 | Ross | | Repeated assaults and abuse by staff | Witnesses rebut allegations |
| PR 737 | 01/28/00 | Cunningham | | Wrote letter to Governor stating officers still jump on inmates, especially upon their arrival from another institution and fears that once Valdez investigation is over, things will be as they used to be | No personal complaints or knowledge of abuse |
| PR 738 | 02/02/00 | Poppell | | Claims officers "Ball and Dougles" ordered barber to cut off his eyebrows and says they threatened him | FSP has no employees by those names, management issue |
| PR 739 | 08/24/98 | Lenoir | Green, Musselman, Rizer | Physically abused by many staff members | Elapsed time, no solvability, management issue |
| **PR 740** | 01/24/00 | Benton | Worsham, Jarvis, Cobb | Verbally and physically assaulted during escort to main unit | Management issue |
| PR 741 | | Morrison | Schauble, Hardin | Psychological and physical abuse | Management issue |
| PR 742 | 02/06/00 | Bernard Smith | Riggs, Zook | Used excessive force on him, used 5 cans of mace on him, placed him naked in strip cell, denied medical treatment | Management issue |