**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARIO VALDES, individually and as
personal representative of the estate of
Joy Francis "Frank" Valdes,

        Plaintiff,

vs.                                                    Case No. 3:01-cv-799-J-32HTS

JAMES V. CROSBY, JR., etc., et al.,

        Defendants.

## ORDER[1]

This case is before the Court on pending motions.

Upon review of the motion for attorney's fees filed by defendants Robin Rash and Mary Hudnall (Doc. 324), and response and reply thereto, and with consideration given for the serious allegations of this case, the discovery difficulties, and the disputed issues of fact presented by the evidence, the Court finds plaintiff did not act imprudently in failing to move at an earlier stage for dismissal of his claims against these defendants. Rash and Hudnall's motion for attorney's fees (Doc. 324) is therefore **DENIED** and plaintiff's motion for voluntary dismissal of his claims against Robin Rash and Mary Hudnall (Doc. 241) is **GRANTED**. Plaintiff's claims against Robin Rash and Mary Hudnall are **dismissed with prejudice**. No later than **February 20, 2007** (and following consultation with plaintiff in an attempt to resolve this matter without Court assistance) defendants Robin Rash and Mary Hudnall may make

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

application to the Court for recovery of their costs.  If such a motion is filed, plaintiff shall have until **March 12, 2007** to respond.

Defendants Koon and Giebeig's Unopposed Motion to Vacate Order (Doc. 466) is **DENIED without prejudice**.  If these defendants and plaintiff wish the Court to amend the judgment entered as to these parties (Doc. 403), they may file a joint motion requesting such relief (and shall provide a proposed Order) no later than **February 20, 2007**.

As the claims between the remaining parties have been resolved, their pretrial motions, Docs. 274, 276, 292, 438, 442, 475, 478, and 479, are **MOOT**.  The Court will separately enter an order of dismissal consistent with their stipulation (Doc. 483) as to defendants Crosby, Griffis, Beck, Brown, Sauls and Stanford.

**DONE AND ORDERED** at Jacksonville, Florida this 31st day of January, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

2